| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Law Offices Of Hagen & Hagen<br>Jeffrey J Hagen - SBN 143754<br>(818) 501-6161<br>4559 San Blas Avenue<br>Woodland Hills, California 91364<br>Fax: (818) 907-6722<br>jeff@hagenhagenlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Movant | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>Lisa Hines,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:25-bk-10950-MB<br><br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(l)**<br>**(with supporting declarations)**<br>**(UNLAWFUL DETAINER)** |
| | DATE: 07/15/2025<br>TIME: ~~12:00pm~~ **10:00am**<br>COURTROOM: 303 |

**Movant**: DK Consolidated Investments, LLC

1. **Hearing Location**:

   ☐ 255 East Temple Street, Los Angeles, CA 90012       ☐ 411 West Fourth Street, Santa Ana, CA 92701

   ☒ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101

   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. Notice is given to the Debtor and trustee (*if any*)(Responding Parties), their attorneys (*if any*), and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

3. To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1.RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

5.  If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

6.  ☒  This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d).  If you wish to oppose this motion, you must file and serve a written response to this motion no later than 14 days before the hearing and appear at the hearing.

7.  ☐  This motion is being heard on SHORTENED NOTICE pursuant to LBR 9075-1(b).  If you wish to oppose this motion, you must file and serve a response no later than (*date*) _____ and (*time*) _____; and, you may appear at the hearing.

    a.  ☐  An application for order setting hearing on shortened notice was not required (according to the calendaring procedures of the assigned judge).

    b.  ☐  An application for order setting hearing on shortened notice was filed and was granted by the court and such motion and order have been or are being served upon the Debtor and upon the trustee (if any).

    c.  ☐  An application for order setting hearing on shortened notice was filed and remains pending.  After the court rules on that application, you will be served with another notice or an order that specifies the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

Date:  06/10/2025

Law Offices Of Hagen & Hagen
_____
Printed name of law firm (if applicable)

Jeffrey J Hagen
_____
Printed name of individual Movant or attorney for Movant

/s/ Jeffrey J Hagen
_____
Signature of individual Movant or attorney for Movant

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY
### (Unlawful Detainer)

**1.  Movant is the:**

    a.  ☒  Owner of the Property
    b.  ☐  Authorized Agent of the owner of the Property
    c.  ☐  Other (*specify*):

**2.  The Property at Issue (Property):**

    Type of Property:   ☒ Residential    ☐ Nonresidential

    *Street Address*: 15606 Simonds Street
    *Unit/Suite Number*:
    *City, State, Zip Code*: Granada Hills, California  91344

**3.  Bankruptcy Case History:**

    a.  ☒  A voluntary    ☐ An involuntary    petition under chapter    ☒ 7 ☐ 11 ☐ 12 ☐ 13
        was filed on (*date*): 05/30/2025

    b.  ☐  An order to convert this case to chapter    ☐ 7  ☐ 11  ☐ 12  ☐ 13
        was entered on (*date*):

    c.  ☐  A plan was confirmed on (*date*):

**4.  Pursuant to 11.U.S.C. § 362(b)(22) and (23) there is no stay because (*check all that apply*):**

    a.  ☐  Movant commenced an eviction, unlawful detainer action or similar proceeding against the Debtor involving residential property in which the Debtor resides and:

        (1)  ☐  The Debtor has not filed and served on Movant the certification required under 11 U.S.C. § 362(l)(1).

        (2)  ☐  The Debtor or adult dependent of the Debtor has not deposited with the clerk any rent that would become due during the 30-day period after the filing of the petition.

        (3)  ☐  The Debtor or adult dependent of the Debtor has not filed and served on Movant the further certification required under 11 U.S.C. § 362(l)(2) that the entire monetary default that gave rise to the judgment has been cured.

        (4)  ☐  Movant filed and served an objection to the Debtor's certification.  A copy of the objection is attached as Exhibit _____.  A hearing on this objection is set for (*date*) _____.

**5.  Grounds for Relief from Stay:** (*check all that apply*)

    a.  ☒  Pursuant to 11 U.S.C. § 362(d)(1), cause exists because, as of the bankruptcy petition date, the Debtor had no right to continued occupancy of the premises, as follows:

        (1)  ☒  Movant caused a notice to quit to be served on the Debtor.

        (2)  ☐  An unlawful detainer proceeding was commenced on (*date*) _____.

        (3)  ☐  An unlawful detainer judgment was entered on (*date*) _____.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

(4) ☒ Movant acquired title to the Property by foreclosure sale before the bankruptcy petition was filed and recorded the deed within the period provided by state law for perfection.

(5) ☐ Movant acquired title to the Property by foreclosure sale after the bankruptcy petition was filed and recorded the deed within the period provided by state law for perfection.

b. ☒ Pursuant to 11 U.S.C. § 362(d)(1) the Debtor's right to possession should be terminated because (*check all that apply*):

(1) ☐ The lease or other right of occupancy expired by its terms on (*date*) _____.

(2) ☐ The lease has matured, been rejected or deemed rejected by operation of law on (*date*) _____.

(3) ☐ Lease payments have not been made after the filing of the bankruptcy petition.

(4) ☐ An unlawful detainer action was filed to obtain possession of the Property on grounds of endangerment of the Property or because of illegal use of controlled substances on the Property and Movant filed and served upon the Debtor a certification that ☐ such an action was filed or
☐ that within the 30 days preceding the certification, the Debtor has endangered the subject Property or illegally allowed the use of controlled substances on the Property. A copy of Movant's certification is attached as Exhibit _____. The Debtor ☐ has ☐ has not filed an objection to Movant's certification. A copy of the Debtor's objection, if any, is attached as Exhibit _____. A hearing on this objection is set for (*date*) _____.

(5) ☐ The bankruptcy case was filed in bad faith:

(A) ☐ Movant is the only creditor or one of few creditors listed in the Debtor's case commencement documents.

(B) ☐ Other bankruptcy cases have been filed in which an interest in the Property was asserted.

(C) ☐ The Debtor filed only a few case commencement documents. No schedules or statement of financial affairs (or chapter 13 plan, if appropriate) has been filed.

(D) ☐ There was a recent transfer of all or part ownership of, or other interest in the Property without the consent of the Movant or court approval.

c. ☐ Pursuant to 11 U.S.C. § 362(d)(2)(A), the Debtor has no equity in the Property; and pursuant to 11 U.S.C. § 362(d)(2)(B), the Property is not necessary to an effective reorganization.

6. **Grounds for Annulment of the Stay.** Movant took postpetition actions against the Property or the Debtor:

a. ☐ These actions were taken before Movant knew the bankruptcy petition was filed, and Movant would have been entitled to relief from stay to proceed with these actions.

b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit _____.

c. ☐ Other:

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                          Page 4                                    **F 4001-1.RFS.UD.MOTION**

7.  **Evidence in Support of Motion:** (*Important Note: Declaration(s) in support of the Motion MUST be signed under penalty of perjury and attached to this motion.*)

    a.  The UNLAWFUL DETAINER DECLARATION on page 7.

    b.  ☒  Supplemental declaration(s).

    c.  ☒  Other (*specify*):
        Copy Of Trustee's Deed Upon Sale; Copy Of Notice To Quit

**Movant requests the following relief.**

1.  Relief from stay pursuant to:  ☒ 11 U.S.C. § 362(d)(1)  ☐ 11 U.S.C. § 362(d)(2)

2.  ☒  Movant (and any successors or assigns) may proceed under applicable nonbankruptcy law to enforce its remedies to obtain possession of the Property.

3.  ☐  Confirmation that there is no stay in effect.

4.  ☐  The stay is annulled retroactive to the bankruptcy petition date.  Any postpetition acts taken by Movant to enforce its remedies regarding the Property shall not constitute a violation of the stay.

5.  ☐  The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

6.  ☒  The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

7.  ☐  A designated law enforcement officer may evict the Debtor and any other occupant from the Property regardless of any future bankruptcy filing concerning the Property for a period of 180 days from the hearing of this motion:
    ☐ without further notice.
    ☐ upon recording of a copy of the order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

8.  ☐  Relief from stay is granted under 11 U.S.C. § 362(d)(4), if the order granting this motion is recorded in compliance with state laws governing notices of interest or liens in real property, the order is binding in any other case under this title purporting to affect the Property filed not later than two years after the date of entry of such order, except that a debtor in a subsequent case under this title may move for relief from the order based upon changed circumstances or for good cause shown, after notice and a hearing.

9.  ☐  The order is binding and effective in any bankruptcy case commenced by or against any debtor who claims any interest in the Property for a period of 180 days from the hearing of this Motion:
    ☐ without further notice.
    ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

10.  ☐  The order is binding in any other bankruptcy case purporting to affect the Property filed not later than 2 years after the date of entry of such order, except that a debtor in a subsequent case may move for relief from the order based upon changed circumstances or for good cause shown, after notice and hearing.

11.  ☐  The order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Property.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                      Page 5                          **F 4001-1.RFS.UD.MOTION**

12. ☐ If relief from stay is not granted with respect to the Property because the Property is the subject of a lease that may be assumable;

   a. ☐ Establishment of a deadline for assumption or rejection of the lease.

   b. ☐ Adequate protection in the form of regular payments at the lease rate from petition date until assumption or rejection of the lease.

13. ☐ Other relief requested.

Date: __06/10/2025__

 

Law Offices Of Hagen & Hagen
_____
Print name of law firm (*if applicable*)

Jeffrey J Hagen
_____
Print name of individual Movant or attorney for Movant (*if applicable*)

/s/ Jeffrey J Hagen
_____
Signature of individual Movant or attorney for Movant

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## UNLAWFUL DETAINER DECLARATION

Daniel Khoury
I, (*name of declarant*) _____, declare as follows:

1.  I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto.  I am over 18 years of age.  I have knowledge regarding Movant's interest in the Property because (*specify*):

    a.  ☐  I am the Movant and owner of the Property.

    b.  ☐  I manage the Property as the authorized agent for the Movant.

    c.  ☒  I am employed by Movant as (*title and capacity*):

        Managing Member Of DK Consolidated Investments, LLC
    d.  ☐  Other (*specify*):

2.  a.  ☒  I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the rental of this Property.  I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate.  Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event.  The business records are available for inspection and copies can be submitted to the court if required.

    b.  ☐  Other (see attached):

3.  The Property is:

    ☒ Residential   ☐ Nonresidential

    *Street Address*: 15606 Simonds Street
    *Unit/Suite Number*:
    *City, State, Zip Code*: Granada Hills, California 91344

4.  Movant is the   ☒ legal owner of the Property, or   ☐ the owner's legally authorized agent.  A true and correct copy of the trustee's deed upon sale, lease, rental agreement, or other document evidencing Movant's interest in the Property is attached as Exhibit __1__.  A true and correct copy of the applicable document establishing Movant's authority as agent for the owner is attached as Exhibit _____.

5.  The Debtor asserts a possessory interest in the Property based upon:

    (1)  ☐  a month-to-month tenancy

    (2)  ☐  a lease that is in default

    (3)  ☒  after a foreclosure sale that was held on (*date*): __04/29/2025__.

    (4)  ☐  other (*specify*):

6.  The Debtor failed to pay:

    a.  ☐  The monthly rent of $_____ beginning on (*date*): _____.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

b.  ☐  Other obligations including:

    (1)  ☐  Common area maintenance charges

    (2)  ☐  Property taxes

    (3)  ☐  Other obligations (*specify*):

7.  Procedural status

a.  ☐  The lease matured or was rejected on (*date*) _____:

    (1)  ☐  by operation of law.

    (2)  ☐  by order of the court.

b.  ☒  Movant caused a notice to quit to be served upon the Debtor on (*date*) _05/28/2025_, and a true and correct copy is attached as Exhibit _2_.

c.  ☐  Before the bankruptcy petition was filed:

    (1)  ☐  Movant filed a complaint for unlawful detainer against the Debtor on (*date*) _____, and a true and correct copy is attached as Exhibit _____.

    (2)  ☐  Trial was held on (*date*) _____.

    (3)  ☐  Trial was continued to (*date*) _____.

    (4)  ☐  An unlawful detainer judgment against the Debtor was entered on the complaint for unlawful detainer on (*date*) _____, and a true and correct copy is attached as Exhibit _____.

    (5)  ☐  A writ of possession for the Property was issued on (*date*) _____, and a true and correct copy is attached as Exhibit _____.

d.  After the bankruptcy petition was filed:

    (1)  ☐  The Debtor has not filed and served on the Movant the certification required under 11 U.S.C. § 362(l)(1).

    (2)  ☐  The Debtor or adult dependent of the Debtor has not deposited with the clerk any rent that would become due during the 30-day period after the filing of the bankruptcy petition.

    (3)  ☐  The Debtor or adult dependent of the Debtor has not filed and served on the Movant the further certification required under 11 U.S.C. § 362(l)(2) that the entire monetary default that gave rise to the judgment has been cured.

    (4)  ☐  The Debtor filed and served on the Movant the certification required under 11 U.S.C. § 362(d)(1).

        (A)  ☐  Movant filed and served an objection a copy of which is attached as Exhibit _____.  A hearing on this objection is set for (*date*) _____.

        (B)  ☐  Movant has not filed and served an objection.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 8                                    **F 4001-1.RFS.UD.MOTION**

(5) ☐ An unlawful detainer action was filed to obtain possession of the Property on grounds of endangerment of the Property or because of illegal use of controlled substances on the Property and Movant has filed a certification that ☐ such action was filed or ☐ that the Debtor has endangered the Property within 30 days preceding the certification or allowed the illegal use of controlled substances on the Property. A copy of Movant's certification is attached hereto as Exhibit _____. The Debtor ☐ has ☐ has not filed an objection to Movant's certification. A copy of the Debtor's objection, if filed, is attached as Exhibit ___. A hearing on this objection is set for: _____.

(6) ☐ Regular lease payments have not been made after the bankruptcy petition was filed.

8. ☐ The Debtor does not have an interest in the Property that could be assumed or assigned under 11 U.S.C. § 365.

9. ☒ The Property is not necessary to an effective reorganization because it is:

a. ☐ Residential, and is not producing income for the Debtor.

b. ☐ Commercial, but no reorganization is reasonably in prospect.

c. ☒ No longer property of the estate.

d. ☐ Other (specify):


10. ☐ The bankruptcy case was filed in bad faith:

a. ☐ Movant is the only creditor or one of few creditors listed in the Debtor's case commencement documents.

b. ☐ Other bankruptcy cases have been filed in which an interest in the Property was asserted.

c. ☐ The Debtor filed only a few case commencement documents. Schedules and a statement of financial affairs (or chapter 13 plan, if appropriate) have not been filed.

d. ☐ Other (specify):


11. ☐ The filing of the bankruptcy petition was part of a scheme to delay, hinder or defraud creditors that involved:

a. ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of Movant or court approval. See attached continuation page of facts establishing the scheme.

b. ☐ Multiple bankruptcy cases affecting the Property include:

(1) Case name: _____
   Chapter: _____    Case number: _____
   Date filed: _____    Date discharged: _____    Date dismissed: _____
   Relief from stay regarding the Property ☐ was ☐ was not  granted.

(2) Case name: _____
   Chapter: _____    Case number: _____
   Date filed: _____    Date discharged: _____    Date dismissed: _____
   Relief from stay regarding the Property ☐ was ☐ was not  granted.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 9                          F 4001-1.RFS.UD.MOTION

(3) Case name: _____

Chapter: _____    Case number: _____

Date filed: _____    Date discharged: _____    Date dismissed: _____

Relief from stay regarding the Property ☐ was ☐ was not granted.

☐ See attached continuation page for information about other bankruptcy cases affecting the Property.

☐ See attached continuation page for additional facts establishing that the multiple bankruptcy cases were part of a scheme to delay, hinder, or defraud creditors.

12. ☐ Enforcement actions taken after the bankruptcy petition was filed are specified in the attached supplemental declaration(s).

a. ☐ These actions were taken before Movant knew the bankruptcy petition was filed, and Movant would have been entitled to relief from stay to proceed with these actions.

b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit _____.

c. ☐ For other facts justifying annulment, see attached continuation page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

06/10/2025      Daniel Khoury

Date        Printed Name        Signature

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014        Page 10        F 4001-1.RFS.UD.MOTION

Law Offices Of Hagen & Hagen*
Earle Hagen (1925 - 2008)
Jeffrey J Hagen - State Bar No. 143754
(818) 501-6161
4559 San Blas Avenue
Woodland Hills, California  91364
Fax   :  (818) 907-6722
e-mail :  jeff@hagenhagenlaw.com
Website:  www.hagenhagenlaw.com

Attorneys for Movant

*A Debt Relief Agency Making A
World Of Difference Since 1970...
We Help People File For Bankruptcy
Relief Under The Bankruptcy Code

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

|  |  |
|---|---|
| In re:<br><br>**Lisa Hines,**<br><br>                              Debtor. | Case No. **1:25-bk-10950-MB**<br>Chapter 7<br><br>**DECLARATION OF DANIEL KHOURY IN SUPPORT OF MOTION BY DK CONSOLIDATED INVESTMENTS, LLC FOR RELIEF FROM THE AUTOMATIC STAY (UNLAWFUL DETAINER)**<br><br>Date:  07/15/2025<br>Time:  10:00am<br>Courtroom:  303 |

I, Daniel Khoury, declare:

1.  I am the managing member of DK Consolidated Investments, LLC.

2.  I have personal knowledge of the facts stated.

3.  On or about 04/29/2025 Quality Loan Service Corporation, foreclosure agent for mortgage lender World Savings Bank, FSB, foreclosed upon the property commonly described as 15606 Simonds Street, Granada Hills, California 91344 and more legally described as:

Page 1 of 4

LOT 57 OF TRACT 18838 IN THE CITY OF GRANADA HILLS, COUNTY OF LOS ANGELES STATE OF CALIFORNIA, AS SHOWN ON MAP FILED IN BOOK 543, PAGE 37-39 INCLUSIVE OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

4.   The 15606 Simonds Street, Granada Hills property was sold to Movant DK Consolidated Investments, LLC, 6303 Owensmouth Avenue, 10th Floor, Woodland Hills, California 91367, who paid $680,000.00 at the 04/29/2025 auction.

5.   A Trustee's Deed Upon Sale was recorded with the Los Angeles County Recorder on 05/22/2025 as instrument number 20250342012.  A true and correct copy of the Trustee's Deed is attached as Exhibit 1.

6.   According to the Trustee's Deed Upon Sale, the balance owing to foreclosing lender World Savings Bank, FSB was $351,025.78 and it was presumably paid that amount by foreclosure trustee Quality Loan Service Corporation out of the sale proceeds.

7.   On or about 05/28/2025, Law Office Of Peter De Domenico, on behalf of Movant DK Consolidated Investments, LLC, served Debtor Hines with a Notice To Quit.  A true and correct copy of the Notice To Quit is attached as Exhibit 2.

8.   On or about 05/30/2025 Debtor Lisa Hines filed a Chapter 7 bankruptcy petition in the Central District Of California's San Fernando Valley Division.  Case number 1:25-bk-10950-MB was assigned.  Debtor Hines is not represented by counsel.

9.   David K. Gottlieb is the duly appointed Chapter 7 Trustee of Debtor Hines' bankruptcy estate.

///

///

10.  Debtor Hines represents on her Schedule A/B: Property at item 1 that she is the owner of the 15606 Simonds Street, Granada Hills property.  She originally valued the property at $650,000.00 but then amended her Schedule A/B: Property on 06/06/2025 to increase the value to $950,000.00.

11.  Debtor Hines represents on her Schedule D: Creditors Who Have Claims Secured By Property that the 15606 Simonds Street, Granada Hills property is subject to two liens:

a.  Rushmore Servicing, with a balance of $340,000.00.

b.  Aven Financial, with a balance of $50,000.00. According to Movant DK Consolidated Investment, LLC's records, the second position deed of trust is held by Coastal Community Bank.

12.  It should be noted that Debtor Hines represents on her Schedule A/B: Property at item 1 that she is also the owner of property located at 20629 Londelius Street, Winnetka, California 91409, which she values at $650,000.00.  Debtor Hines' petition indicates that the 20629 Londelius Street, Winnetka property is her residence.  Although not relevant to this Motion, it should be noted that Debtor Hines' Schedule D: Creditors Who Have Claims Secured By Property reflects no debt owed against the 20629 Londelius Street, Winnetka property.  It should also be noted that an entity named Champery Real Estate 2015, LLC filed a motion for relief from the automatic stay (unlawful detainer) with this Court on 06/04/2025, Docket Number 12, indicating that it purchased the 20629 Londelius Street, Winnetka property at a foreclosure sale on 11/15/2024, that it initiated an unlawful detainer complaint on ///

Page 3 of 4

01/10/2025, and that the owner of the property prior to the foreclosure was an entity named Elijahs House LLC.

I declare under penalty of perjury that the foregoing statements are true and correct and I could, if called upon, competently testify thereto.

Executed this 10th day of 06/2025 at Woodland Hills, California.

_____
**Daniel Khoury**
Declarant

# Exhibit

# 1

 

**This page is part of your document - DO NOT DISCARD**

## 20250342012





**Pages:**
**0005**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**05/22/25 AT 02:53PM**

| | |
|---|---|
| FEES: | 24.00 |
| TAXES: | 3,808.00 |
| OTHER: | 0.00 |
| PAID: | 3,832.00 |



**L E A D S H E E T**



202505220130105

**00025501384**



015316210

**SEQ:**
**01**

SECURE - Daily



**THIS FORM IS NOT TO BE DUPLICATED**



E502868

RECORDING REQUESTED BY
DK CONSOLIDATED INVESTMENTS, LLC

AND WHEN RECORDED MAIL DOCUMENT TO:

NAME DK CONSOLIDATED INVESTMENTS, LLC

STREET ADDRESS
6303 OWENSMOUTH AVE 10th FL

CITY, STATE &
ZIP CODE
WOODLAND HILLS CA 91367

SPACE ABOVE FOR RECORDER'S USE ONLY

## TRUSTEE'S DEED UPON SALE

Title of Document

Pursuant to Assembly Bill 1466 – Restrictive Covenant (GC Code Section 27388.2), effective January 1, 2022, a fee of two dollars ($2) for recording the first page of every instrument, paper, or notice required or permitted by law to be recorded per each single transaction per parcel of real property, except those expressly exempted from payment of recording fees, as authorized by each county's board of supervisors and in accordance with applicable constitutional requirements.

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

[✓] Exempt from fee per GC 27388.1(a)(2) and 27388.2 (b); recorded in connection with a transfer subject to the imposition of documentary transfer tax (DTT).

[ ] Exempt from fee per GC 27388.1(a)(2) and 27388.2 (b); recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier.

[ ] Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.

[ ] Exempt from the fee per GC 27388.1 (a) (1); not related to real property.

**THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
**($3.00 Additional Recording Fee Applies)**

Recording requested by:

*And*

When recorded mail to:

DK CONSOLIDATED INVESTMENTS, LLC
6303 OWENSMOUTH AVE., 10TH FL
WOODLAND HILLS, CA 91367

Forward tax statements to the address given above

---

TS No.: CA-24-996246-AB
Order No.: 240460259-CA-VOI

Space above this line for recorders use

---

# Trustee's Deed Upon Sale

## See attached statement, pursuant to Civil Code Section 2924m(d) as Exhibit "A"

A.P.N.: **2662-006-030**

THE UNDERSIGNED GRANTOR DECLARES:
The grantee herein **WASNT** the foreclosing
beneficiary.
The amount of the unpaid debt together with
costs was:                                                                      **$351,025.78**
The amount paid by the grantee upon the
completion/finalization of the trustee sale was:                                **$680,000.00**
The documentary transfer tax is: **$748.00**      City Tax is $ 3,060.00

Said property is in the City of: **GRANADA HILLS**, County of **LOS ANGELES**

**QUALITY LOAN SERVICE CORPORATION** as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to:

**DK CONSOLIDATED INVESTMENTS, LLC**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of **LOS ANGELES**, State of California, described as follows:
**LOT 57 OF TRACT 18838 IN THE CITY OF GRANADA HILLS, COUNTY OF LOS ANGELES STATE OF CALIFORNIA, AS SHOWN ON MAP FILED IN BOOK 543, PAGE 37-39 INCLUSIVE OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.**

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **LISA HINES, AN UNMARRIED WOMAN**, as trustor, dated **3/30/2006**, and recorded on **4/6/2006** as **Instrument No. 06 0752149** of Official Records in the office of the Recorder of **LOS ANGELES**, California, under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed trustee, default having occurred under the Deed of Trust pursuant to the Notice of Breach and Election to Sell under the Deed of Trust

recorded on **9/10/2024**, instrument no **20240612653**, of Official records. The Trustee of record at the relevant time having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten/thirty days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on **4/29/2025** at the place named in the Notice of Sale, in the County of **LOS ANGELES**, California, in which the property is situated.  Grantee, being the highest bidder of such sale, became the purchaser of said property and paid the trustee the amount being **$680,000.00** in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

TS No.: CA-24-996246-AB

Date:   **MAY 1 5 2025**

**QUALITY LOAN SERVICE CORPORATION**

By: **Adriana Banuelos, Assistant Vice President**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of: **California**)

County of: **San Diego**)

On   **MAY 1 5 2025**   before me,   **Maroun Elias Khater**   a notary public, personally appeared ADRIANA BANUELOS , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under *PENALTY OF PERJURY* under the laws of the State of **California** that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.          **(Seal)**

Signature

Maroun Elias Khater

MAROUN ELIAS KHATER
Notary Public - California
San Diego County
Commission # 2446516
My Comm. Expires May 9, 2027

TS No.: CA-24-996246-AB

# Exhibit "A"

This transfer is not subject to the affidavit or declaration requirement in Civil Code Section 2924m(d), and the lack of an affidavit or declaration shall not prevent the deed from being recorded and shall not invalidate the transfer of title pursuant to the trustee's deed.

# Exhibit

# 2

### 3/90 DAY NOTICE TO QUIT

TO:   LISA HINES and ALL OTHERS IN POSSESSION OF THE PREMISES
LOCATED AT: 15606 SIMONDS STREET GRANADA HILLS, CA 91344

---

You are required to quit and deliver up possession of the above-described
Premises to the undersigned as agent for the owner within the notice period
specified below. In the event that you fail to do so, proceedings against you by the
owner to recover possession of the Premises, together with the court costs and the
reasonable rental value of the Premises for each day of your continued occupancy
thereof.

To avoid a lawsuit and the associated expense, you are required to quit and
deliver up possession of the above-described Premises to the agent of the owner
within THREE (3) DAYS after service upon you of the Notice, unless you
obtained possession of the Premises as a "bona fide tenant" under a "bona fide
lease" as those terms are used in the Protecting Tenants at Foreclosure Act of
2009, in which event it will be necessary for you to quit and deliver possession of
the above-described Premises within NINETY (90) DAYS after service of this
Notice upon you.

You must contact the office for the owner's attorney, LAW OFFICE OF
PETER DE DOMENICO, by telephone at 1-877-384-2857 within 72 hours in the
event that you occupy the Premises as a tenant or subtenant and be able to provide
proof of tenancy or subtenancy.

Under California Penal Code Section 594, every person who maliciously
damages or destroys any real or personal property not his or her own is guilty of
vandalism.


Date: MAY 28, 2025

                              _____PETER DE DOMENICO_____
                                    Attorney for the Owner
                                      (877)384-2852

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| PETER DE DOMENICO, Bar #310385<br>LAW OFFICE OF PETER DE DOMENICO<br>6016 FALLBROOK AVE., SUITE 102<br>WOODLAND HILLS, CA 91367<br>Telephone No: 877-384-2852 | | |

| Attorney for: Plaintiff | Ref. No. or File No.: |
|---|---|

Insert name of Court, and Judicial District and Branch Court:

NOT AVAILABLE

Plaintiff: DK CONSOLIDATED INVESTMENTS

Defendant: LISA HINES

| PROOF OF SERVICE<br>3/90 DAY NOTICE TO QUIT | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the 3/90 Day Notice To Quit

3. *a. Party served:*　　　　　　　　　　　　　LISA HINES

4. *Address where the party was served:*　　　　15606 SIMONDS STREET
　　　　　　　　　　　　　　　　　　　　　　　Granada Hills, CA 91344

5. *I served the party:*
　　d. **by other means** On: Sat., May. 31, 2025 at: 7:01PM By posting a copy for each tenant in a conspicuous place on the property,
　　　being no person of age and discretion to be found of said tenant(s) at property where situated, and mailing (CCP§415.20)
　　(4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the
　　　copies were left (CCP§415.20). I mailed the document on: Sat., May. 31, 2025 from: LOS ANGELES, CA

7. **Person** *Who Served Papers:*　　　　　　　　　　　　Recoverable Cost Per CCP 1033.5(a)(4)(B)
　　a. KYLE R. GRIDLEY　　　　　　　　d. *The Fee for Service was:*　　$99.00

MICHELSON ATTORNEY SERVICE
5776 LINDERO CANYON ROAD, SUITE D-219
WESTLAKE VILLAGE. CA 91362 (888) 780-0886
　　　　　　　　　　　　　　　　　　　　e.　I am: (3) registered California process server
　　　　　　　　　　　　　　　　　　　　　　　(i)　Independent Contractor
　　　　　　　　　　　　　　　　　　　　　　　(ii)　*Registration No.:*　　2024092160
　　　　　　　　　　　　　　　　　　　　　　　(iii)　*County:*　　　　　Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

　　*Date:* **Mon, Jun. 02, 2025**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Law Offices Of Hagen & Hagen, 4559 San Blas Avenue, Woodland Hills, California 91364

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(l) (with supporting declarations) (UNLAWFUL DETAINER)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _06/10/2025_ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _06/10/2025_ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| _06/10/2025_ | Jeffrey J Hagen | /s/ Jeffrey J Hagen |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**SECTION I - TO BE SERVED BY THE COURT VIA NEF**

**Chapter 7 Trustee:**

David Keith Gottlieb (TR)   dkgtrustee@dkgallc.com
                            dgottlieb@iq7technology.com
                            rjohnson@dkgallc.com
                            akuras@dkgallc.com
                            ecf.alert+Gottlieb@titlexi.com

**United States Trustee:**

United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov

**Requests For Special Notice:**

None

**Requests For Courtesy Notification Of Electronic Filing:**

Sam Chandra   fax@samchandra.com

**SECTION II - SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL**

**Debtor:**

Ms. Lisa Hines
POBox 7614
Van Nuys, CA  91409-9998

Lisa Hines
20629 Londelius Street
Winnetka, CA 91344

**Creditors:**

Rushmore Servicing
POBox 619098
Dallas, TX 75261-4601

LADWP
POBox 30808
Los Angeles, CA 90030

Aven Financial
330 Primrose Road
Unit 412
Burlingame, CA 94010