Lisa Hines
Debtor, In Pro Per
P.O. Box 7614
Van Nuys, California 91409–9998
Telephone: (818) 744–2178
Email: lisahines8@gmail.com

Debtor In Propria Persona

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

Case No.: 1:25-bk-10950-MB

Chapter 7

Lisa Hines,

Debtor.

## NOTICE FOR RECONSIDERATION OF ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND AFFIDAVIT OF POINTS AND AUTHORITIES

TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:

Lisa Hines ("Debtor"), appearing in propria persona, respectfully submits this Affidavit pursuant to Federal Rule of Bankruptcy Procedure 9024 and

Federal Rule of Civil Procedure 60(b) for reconsideration of the Order entered granting relief from the automatic stay.

## I. INTRODUCTION

This Affidavit arises from substantial procedural irregularities, misrepresentations by opposing counsel Sam Chandra, and facts establishing denial of due process, and manifest injustice.

## II. FACTUAL BACKGROUND

1. On June 26, 2025, Champery Real Estate 2015 LLC filed a motion seeking judgment granting possession of the lawful owner Lisa Hines Debtor's property.

2. On or about May 19, 2025, opposing counsel Sam Chandra filed an ex parte motion advancing the hearing date to May 29, 2025, for judgment of possession of Lisa Hines property.

3. Lisa Hines was never served notice of this ex parte motion. Debtor did not receive due process and only learned of the hearing by chance.

4. On May 28, 2025, Debtor was at the Superior Court of California, County of Los Angeles, Van Nuys District East on unrelated matters. While reviewing the court file, Debtor discovered documents showing the hearing was advanced for the following day, May 29, 2025.

5. Debtor appeared on May 29, 2025, under protest and without sufficient time to prepare due to lack of service and lack of notice. Judge Ransom declined to reschedule the ex parte hearing despite an eye witness and affidavit verifying that no previous service was received. Ransom continued

with the hearing and said she would take it under submission and Lisa
Hines had no choice but to file bankruptcy to protect her interest.

6. Counsel Sam Chandra misrepresented the procedural status and failed
to disclose to the Court that Debtor was unaware of the hearing date
advancement, effectively denying Debtor an opportunity to be heard at the
July 1st 2025 hearing presided over by judge Martin Barash.

## III. LEGAL STANDARD

Under Federal Rule of Civil Procedure 60(b), made applicable by
Bankruptcy Rule 9024, the Court may relieve a party from an order for:

• Mistake, inadvertence, surprise, or excusable neglect;

• Newly discovered evidence;

• Fraud, misrepresentation, bad faith or misconduct by an opposing party;

• Any other reason justifying relief.

## IV. ARGUMENT

1. Lack of Due Process:
Debtor was never served with notice of the ex parte motion that directly
impacted her rights, in violation of fundamental due process protections.

2. Fraud and Misrepresentation:
Counsel Sam Chandra for Champery Real Estate 2015 LLC failed to
disclose that Debtor had not been served and falsely portrayed Debtor as
having been given proper notice.

3. Newly Discovered Evidence:

Debtor only became aware of the advanced hearing date by personally inspecting the docket on May 28, 2025, the day before the ex parte hearing.

## 4. No Neglect:

Debtor was not given the opportunity to diligently prepare for the advance hearing properly previously set for June 26, 2025. The accelerated hearing date to May 29, 2025, was undisclosed, preventing any preparation. The Debtor's inability to respond was due to lack of service, not any neglect.

## 5. Manifest Injustice:

Enforcement of the Order based on an undisclosed hearing date and misrepresentation of first hand knowledge withheld by Sam Chandra Rescission,TILA violations,proof of receipt ps form 3811 along with fraud upon the court, procedural history results in manifest injustice and denial of the Debtor's right to be heard.

## V. CONCLUSION

For these reasons, Debtor respectfully requests that the Court:

1. Reconsider the Order granting relief from the automatic stay;
2. Vacate or modify the Order to restore the automatic stay and cancel the judgement.
3. Void the unlawful detainer proceedings abi initio due to fraud upon the court by counsel his      client and others (RICO)
4. Award any other relief deemed just and proper.


Dated: _____7/10/25_____

_____

Lisa Hines, Pro Se Debtor

Lisa Hines
Debtor, In Pro Per
P.O. Box 7614
Van Nuys, California 91409–9998
Telephone: (818) 744–2178
Email: lisahines8@gmail.com

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

Case No.: 1:25-bk-10950-MB
Chapter 7

In re:

Lisa Hines,

Debtor.

_____/

AFFIDAVIT AND DECLARATION OF LISA HINES IN SUPPORT OF
NOTICE FOR RECONSIDERATION OF ORDER GRANTING RELIEF
FROM THE AUTOMATIC STAY, REQUEST FOR SANCTIONS,
REFERRAL FOR CRIMINAL AND PROFESSIONAL MISCONDUCT
INVESTIGATION, AND REQUEST FOR FURTHER RELIEF

I, Lisa Hines, declare as follows:

1. I am the Debtor in this bankruptcy case. I have personal knowledge of
the facts stated in this Declaration, and if called to testify, I could and would
competently testify to them.

1

2. On January 10, 2025, Champery Real Estate 2015 LLC, represented by attorney Sam Chandra, filed an unlawful detainer complaint in the Superior Court of California, County of Los Angeles, seeking to evict me from my property located at 20629 Londelius Street, Winnetka, California.

3. At the time the complaint was filed, the Trustee's Deed Upon Sale had not yet been issued or recorded. A true and correct copy of the Trustee's Deed Upon Sale, recorded on February 4, 2025, is attached hereto as Exhibit A. Filing an unlawful detainer action before acquiring title deprived the Superior Court of subject matter jurisdiction and constitutes a material procedural defect.

4. The Deed of Trust relied upon for the foreclosure names Elijah's House LLC as Trustor. A true and correct copy of the Deed of Trust is attached hereto as Exhibit B. However, the Trustee's Deed Upon Sale purports to convey the interests of Ricardo Stewart and myself, individuals who were not the Trustor under the Deed of Trust, rendering the foreclosure invalid.

5. On or about May 19, 2025, Sam Chandra filed an ex parte motion advancing the hearing date for relief from stay from June 26, 2025, to May 29, 2025. I was never personally served with this motion or any notice of the accelerated hearing date. I only learned of the hearing by chance when I appeared at the Van Nuys Courthouse on May 28, 2025, for unrelated matters and reviewed the docket.

6. Mr. Chandra and Champery Real Estate 2015 LLC repeatedly represented to this Court that they had duly perfected title to the subject property and that proper notice had been provided to me. These statements were knowingly false and were made to induce the Court to grant relief from stay and permit eviction.

7. Throughout this matter, I received numerous pieces of mail containing false statements about ownership of the property, claims of perfected title, and threats of imminent eviction. These mailings were sent to further a

2

scheme to deprive me of my property rights without due process. The mailing of these documents constitutes mail fraud under 18 U.S.C. §1341.

8. The Trustee's Deed Upon Sale recorded February 4, 2025, is a false instrument within the meaning of California Penal Code §115 because it purports to foreclose an interest not subject to the Deed of Trust and misrepresents the true parties in interest.

9. After the purported foreclosure, agents and representatives of Champery Real Estate 2015 LLC came to my property without notice, knocked on my door, confronted my pool technician, and left notices designed to intimidate me into vacating. These actions constitute harassment under California Civil Code §789.3.

10. I have also been the victim of repeated identity theft, as documented in my attached police report and PACER search records, which has further clouded title records and contributed to misrepresentations made in these proceedings.

11. As an officer of the court, Mr. Chandra used his authority to commit fraud upon the court by representing that he had been involved in every step of perfecting the chain of title and that title was duly perfected, which was false.

12. This misconduct has caused me significant harm, including emotional distress, loss of time, substantial expenses, and ongoing disruption of my life.

13. I respectfully request that the Court:
   - Reconsider and vacate the Order granting relief from the automatic stay;
   - Reimpose the automatic stay as to the subject property;
   - Award sanctions against Champery Real Estate 2015 LLC and Sam Chandra, jointly and severally, in the total amount of **Sixty-Eight Thousand Dollars ($68,000.00)**, as itemized below:

3

- $10,000 for time and preparation of filings and evidence over six months of proceedings;
- $4,000 for time spent attending court hearings caused by defective filings and misrepresentations;
- $10,000 for emotional distress;
- $2,000 for transportation, ink, paper, postage, supplies, and filing fees;
- $15,000 in punitive sanctions for fraud upon the court;
- $5,000 for costs of defending unauthorized eviction;
- $5,000 for mail fraud;
- $5,000 for recording fraudulent instruments;
- $12,000 for harassment and deprivation of due process.

**Total Requested Sanctions: Sixty-Eight Thousand Dollars ($68,000.00).**

14. Additionally, I request that this matter be referred to the United States Trustee, the United States Department of Justice, the United States Postal Service and the Postmaster General, the California Attorney General, and the California State Bar for investigation of potential criminal conduct, mail fraud, and professional misconduct arising from the conduct described in this Declaration.

15. I further request that the Court award any other relief, additional sanctions, or penalties it deems just and proper to prevent further injustice.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on _10th of July_, 2025, at _Van Nuys_, California.

_____
Lisa Hines, Debtor In Pro Per

4

EXHIBIT A

IDENTITY THEFT BANKRUPTCY DOCUMENT
FROM PACERS

Yes | No

## ACER Maintenance, 07/13/2025

PACER systems will undergo maintenance on Sunday, July 13, 2025 , from 5:00 a.m. to 4:00 p.m. ET. As a result, certain portions of this site may be temporarily degraded during the maintenance window.

An official website of the United States government. Here's how you know. ☐          Log in to PACER Systems ☐

Log In ...

| Registration Wizard |
| PACER Login |
| Manage My Account |
| PACER Home |

### New Search

- Case Search
- Advanced Case Search
- Party Search
- Advanced Party Search
- Bankruptcy Search

### Saved Items

- Saved Searches
- Saved Cases
- Batch Searches

### Courts

- Court Information

### Settings

- Change Client Code
- User Options

### Lisa Hines

- Manage My Account
- Billing History
- PACER Home
- Logout



Party Search Results

**Search Criteria:** Party Search; SSN: [*****7729]
**Result Count:** 10 (1 page)
**Current Page:** 1

Icon Legend

VICTIM OF
IDENTITY THEFT

Save search to Saved Searches

☐

Sort search results

☐

Choose columns to display

☐

Refine the current search

☐

Download search results

☐

Save case to Saved Cases

☐

Remove case from Saved Cases

☐

Show case parties

☐☐ Reduce font size

☐☐ Enlarge font size

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Party NameBoyd, Lisa Dunn (db) | Case Number1:2013bk16160 | Case TitleLisa Dunn Boyd | CourtCalifornia Central Bankruptcy Court | Date Filed09/23/2013 | Date Closed10/16/2015 |
| Party NameDunn, Lisa Robin (db) | Case Number1:2013bk16160 | Case TitleLisa Dunn Boyd | CourtCalifornia Central Bankruptcy Court | Date Filed09/23/2013 | Date Closed10/16/2015 |
| Party NameHines, Lisa Robin (db) | Case Number1:2013bk16160 | Case TitleLisa Dunn Boyd | CourtCalifornia Central Bankruptcy Court | Date Filed09/23/2013 | Date Closed10/16/2015 |
| Party NameDunn, Lisa (db) | Case Number1:2015bk13771 | Case TitleLisa Dunn | CourtCalifornia Central Bankruptcy Court | Date Filed11/16/2015 | Date Closed07/12/2018 |
| Party NameHines, Lisa (db) | Case Number1:2015bk13771 | Case TitleLisa Dunn | CourtCalifornia Central Bankruptcy Court | Date Filed11/16/2015 | Date Closed07/12/2018 |
| Party NameHines, Lisa (db) | Case Number2:2019bk16774 | Case TitleLisa Hines | CourtNew Jersey Bankruptcy Court | Date Filed04/03/2019 | Date Closed06/19/2019 |
| Party NameHines, Lisa (db) | Case Number2:2019bk26354 | Case TitleLisa Hines | CourtNew Jersey Bankruptcy Court | Date Filed08/26/2019 | Date Closed11/04/2019 |

Case 1:13-bk-16160-MB    Filed ... Doc ... Page 12 of 25d
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Martin R. Barash
**Date filed:** 09/23/2013 **Date of last filing:** 10/16/2015
**Debtor discharged:** 10/07/2015
**Date terminated:** 10/16/2015

# Case Summary

**Office:** San Fernando Valley                          **Filed:** 09/23/2013
**County:** LOS ANGELES-CA                          **Terminated:** 10/16/2015
**Fee:** Paid                          **Debtor discharged:** 10/07/2015
**Origin:** 0                          **Reopened:**
**Previous term:**                          **Converted:** 12/13/2013
                          **Debtor dismissed:**
**Joint:** n                          **Confirmation hearing:**
**Original chapter:** 13
**Current chapter:** 7
**Previous chapter:** 13

**Debtor disposition:** Standard Discharge

**Nature of debt:** consumer
**Pending status:** Awaiting Confirmation Hearing,Awaiting Discharge,Case Closed
**Flags:** CONVERTED, CLOSED

**Trustee:** United States Trustee (SV) **City:** Los Angeles **Phone:** (213) 894-6811    **Email:** ustpregion16.wh.ecf@usdoj.gov

**Trustee:** Diane C Weil (TR)    **City:** Woodland Hills **Phone:** 818-651-6400    **Email:** dcweil@dcweillaw.com

**Party 1:** Boyd, Lisa Dunn  (Debtor)
   SSN / ITIN: xxx-xx-7729

**Atty:** Carlo Reyes - DISBARRED -  **Represents party 1:** Debtor (T)    **Phone:** 818-922-5960
   **Fax:** 818-337-2483
   **Email:** pl.lawcentergroup@gmail.com

**Location of case files:**
   **Volume:** CS1
The case file may not be available.

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/10/2025 14:34:10 | | |
| **PACER Login:** Lisahines1 | **Client Code:** | |
| **Description:** Case Summary | **Search Criteria:** | 1:13-bk-16160-MB |
| **Billable Pages:** 1 | **Cost:** | 0.10 |

EXHIBIT B

IDENTITY THEFT POLICE REPORT



# Passaic Police Department



330 Main Street Passaic, NJ 07055
Phone: 973-365-3900 Fax: 973-365-5799 Mun. Code: 1607

## Investigation Report

### Incident Details:

| Case Number | Time Reported | Date Reported | Time Occurred | Date Occurred | Occurrence Between Date / Time of | Time Occurred | Date Occurred | 911 | Completed |
|---|---|---|---|---|---|---|---|---|---|
| 21-35980 | 19:17 | 06/09/21 | 19:17 | 06/09/21 | | | | | X |

### Incident Type:

Identity Theft 1140

### Incident Location:

| Street # | Street Name | Intersection / Cross Street of: |
|---|---|---|
| 41 | Myrtle Avenue | Madison St. - Monroe St. |

Business / Common Location Name

Section: Nw

### Contact Information: Victim Suspect Complainant Witness Driver Arrest Patient Missing Involved Other

| Code | Contact Name #1 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| V | Hines, Lisa | | | 56 | F | 2B | 09/04/1964 | |

Address: ████████████████████ 
Home Phone: 
Cell Phone: 818-744-2178

| Code | Contact Name #2 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| S | Dunn, Lori | | | 58 | F | 2B | | |

Address: 37 Martha Place, Passaic, NJ 07055-4232
Home Phone: ██████ 
Cell Phone: ██████

| Code | Contact Name #3 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Address: 
Home Phone: 
Cell Phone:

| Code | Contact Name #4 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Address: 
Home Phone: 
Cell Phone:

| Code | Contact Name #5 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Address: 
Home Phone: 
Cell Phone:

| Code | Contact Name #6 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Address: 
Home Phone: 
Cell Phone:

| Code | Contact Name #7 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Address: 
Home Phone: 
Cell Phone:

| Code | Contact Name #8 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Address: 
Home Phone: 
Cell Phone:

### Property Information:

| Value of Stolen Property | Currency | Jewelry | Furs | Clothing | Auto | Misc. | Total |
|---|---|---|---|---|---|---|---|
| Property Recovered | | | | | | | |

### Automobile Information:

| | Vehicle Code | Year | Make | Body Type | Model | Color | Registration | State | VIN |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |

| Officer of Record: | Date: | Reviewed By: | Case #: | Page |
|---|---|---|---|---|
| 484 Ofcr. Jairo J. | 06/09/21 | dbordamonte | 21-35980 | Page 1 |

PD-1




# Passaic Police Department

**330 Passaic Street, Passaic, NJ 07055**
**Phone: 973-365-3900 Fax: 973-365-5799 Mun. Code: 1607**

## Investigation Report

BWC 117 was utilized.

On June 9th, 2021, I, P.O. J. Benavidez #484 responded to 41 Mrytle Avenue to take a report of identity theft. Upon arrival, Sgt. R. Cancel #430 pointed me towards a Ms. Lisa Hines. Upon meeting with Ms. Hines, she advised me that someone had filed for bankruptcy as well as taken out loan modifications under her name for her property of 37 Martha Place, Passaic. Ms. Hines stated that she discovered around the time of May 19th, 2021, on her credit report that in the months of August and October of 2020, 2 Loans were filed under her name.

Ms. Hines also stated that 2 Bankruptcies were filed in April 2019 and August 2019. Ms. Hines suspects her sister, Ms. Lori Dunn to be the person who has used her identity to file for the Bankruptcies and Loan.

Ms. Hines added that during these times, she was in the state of California and on her credit report, everything was filed in New Jersey. However, Ms. Hines was unable to access her credit report at this time.

Ms. Hines further stated that she believes her sister, Ms. Dunn is also squatting inside the residence due to her turning off the water and electricity some time between May 19th to May 22nd 2021. Ms. Hines indicated she later discovered that both the water and electricity were turned on again and placed under her mother name, Minnie Dunn. Ms. Hines advised that her mother is deceased as of February 23rd, 2018.

Det. Mikolajczyk #380 was notified of the incident and met with Ms. Hines at headquarters. Case was turned over.

| Officer of Record: | Date: | Reviewed By: | | Case #: | Page 2 |
|---|---|---|---|---|---|
| 484 Ofcr. Jairo J. | 06/09/21 | dbordamonte | | 21-35980 | |

PD-1

EXHIBIT C

DEED OF TRUST DOCUMENT ELIJAHS HOUSE LLC



**This page is part of your document - DO NOT DISCARD**



## 20240055164



**Pages:**
**0022**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**01/25/24 AT 08:00AM**

| | |
|---|---|
| FEES: | 89.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 164.00 |





**L E A D S H E E T**



202401250220011

00024164976



014505100

**SEQ:**
**02**

**SECURE - 8:00AM**



**THIS FORM IS NOT TO BE DUPLICATED**

RW23-100533

**LOS ANGELES, CA  Document:TD 2024.55164**
**Printed on:7/10/2025 3:34 PM**

Recording Requested by
WFG National Title

Recording Requested By:
DON O'BRIEN GST

And After Recording Return To:
DON O'BRIEN GST
PO BOX 756
PALOS VERDES ESTATES, CALIFORNIA 90274
Loan Number: WINNETKA-HINES-2ND

24. 1005ツツ&ₙ

——————— [Space Above This Line For Recording Data] ———————

# DEED OF TRUST

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 10, 12, 17, 19 and 20. Certain rules regarding the usage of words used in this document are also provided in Section 15.

**(A)** **"Security Instrument"** means this document, which is dated          January 4, 2024          , together with all Riders to this document.
**(B)** **"Borrower"** is    ELIJAHS HOUSE, LLC. A CALIFORNIA LIMITED LIABILITY COMPANY
BORROWER'S ADDRESS IS 15606 SIMONDS ST, GRANADA HILLS, CALIFORNIA 91344.

Borrower is the trustor under this Security Instrument.
**(C)** **"Lender"** is    DON O'BRIEN GST

Lender is a                                                                                        organized
and existing under the laws of                          CALIFORNIA                                .
Lender's address is    PO BOX 756, PALOS VERDES ESTATES, CALIFORNIA 90274                    .

Lender is the beneficiary under this Security Instrument.
**(D)** **"Trustee"** is    SUPERIOR LOAN SERVICING, A CALIFORNIA CORPORATION
7525 TOPANGA CANYON BLVD, CANOGA PARK, CALIFORNIA 91303

**(E)** **"Note"** means the promissory note signed by Borrower and dated          January 4, 2024          .
The Note states that Borrower owes Lender   TWO HUNDRED FORTY-THREE THOUSAND AND
00/100                                            Dollars (U.S. $243,000.00                )

CALIFORNIA SUBORDINATE LIEN DEED OF TRUST
© 2008 DOCMAGIC, INC.
CASEC.DOT  10/03/18                        Page 1 of 13                        ☆ DocMagic

EXHIBIT D

TRUSTEES DEED UPON SALE

DATED 2/4/2025

RECORDING REQUESTED BY:

Next Door Neighbor Homes, LLC

WHEN RECORDED TO:

Next Door Neighbor Homes, LLC
2015 Manhattan Beach Blvd, #100
Redondo Beach, CA 90278

Forward Tax Statements to Address Above

---

TS# 24-70208 CA

# TRUSTEE'S DEED UPON SALE

This transfer is not subject to the affidavit or declaration requirement under Civil
Code section 2924m(d)

RECORDING REQUESTED BY:
Next Door Neighbor Homes, LLC
WHEN RECORDED TO:
**Next Door Neighbor Homes, LLC**
**2015 Manhattan Beach Blvd, #100**
**Redondo Beach, CA 90278**

**Forward Tax Statements to Address Above**

---

[SPACE ABOVE LINE FOR RECORDER'S USE ONLY]

TS #: 24-70208                    Order #: **240457047-CA-VOI**
                                  APN: **2780-012-017**

# TRUSTEE'S DEED UPON SALE

A.P.N.: **2780-012-017**              Transfer Tax $ 742.50 / City $3,037.50
"THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE. SECTION 480.3"

The Grantee Herein **WAS NOT** the Foreclosing Beneficiary. Grantee's affidavit or declaration in
compliance with Civil Code § 2924m(d) is attached as an exhibit hereto
The Amount of The Unpaid Debt was $260,283.07
The Amount Paid by the Grantee was $675,000.00
Said Property Is In The City of **WINNETKA**, County of **Los Angeles**

**ZBS LAW, LLP**, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly
described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to **Next Door Neighbor
Homes, LLC** (herein called Grantee) but without covenant or warranty, expressed or implied, all right title
and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property
situated in the county of **Los Angeles**, State of <u>CALIFORNIA</u>, described as follows:

**LOT(S) 73 OF TRACT NO. 20608, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES,
STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 598 PAGE(S) 57 AND 58 OF MAPS, IN
THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.**

Property Address: **20629 LONDELIUS ST., WINNETKA, CALIFORNIA 91306-1022 AKA 20629
LONDELIUS ST., LOS ANGELES, CA 91306**

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by
**RICARDO STEWART, A SINGLE MAN, AND LISA HINES, A SINGLE WOMAN AS JOINT TENANTS**
as Trustor, dated **11/19/2007** of the Official Records in the office of the Recorder of **Los Angeles**,
California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the
duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default
and Election to Sell under the Deed of Trust recorded on **11/27/2007**, as Instrument No. 20072605077, of
Official records.

## TRUSTEE'S DEED UPON SALE

TS #: 24-70208
Order #: 240457047-CA-VOI

Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on **2/04/2025**. Grantee, being the highest bidder at sale became the purchaser of said property for the amount bid, being **$675,000.00**, in lawful money of the United States, in pro per, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **ZBS LAW, LLP** as Trustee, has this day, caused its name to be hereunto.

Date: **2/20/2025**          ZBS LAW, LLP

                    By: _____ 
                        **Geoffrey Neal, Trustee Sale Officer**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Orange

On **2/20/2025** before me, **M. Cesena, Notary Public** personally appeared, **Geoffrey Neal** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of **California** that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
**M. Cesena, Notary Public**          (Seal)

EXHIBIT E

QUITCLAIM DEED
DATED 2/27/25



**This page is part of your document - DO NOT DISCARD**



## 20250130264



**Pages:**
**0003**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**02/28/25 AT 03:31PM**

| | |
|---|---|
| FEES: | 30.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 30.00 |



**L E A D S H E E T**



202502280290056

**00025267337**

015164719

**SEQ:**
**01**

SECURE - Daily



**THIS FORM IS NOT TO BE DUPLICATED**



58760-QCD

RECORDING REQUESTED BY:
Next Door Neighbor Homes, LLC

AND WHEN RECORDED MAIL TO:
AND MAIL TAX STATEMENT TO:
Champery Real Estate 2015, LLC
2015 Manhattan Beach Blvd., Ste 100
Redondo Beach, CA 90278

Parcel No: 2780-012-017
Property Address:
20629 Londelius Street,
Winnetka, California 91306

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# QUITCLAIM DEED

"The Grantors and Grantees in this conveyance are comprised of the same parties who continue to hold the same proportionate interest in the property. R&T 11925 (d)"

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS COUNTY **$0.00** and CITY **$0.00**

   xx   Computed on the consideration or value of property conveyed; **OR $10.00 and other good and valuable consideration.**

_____   Computed on the consideration or value less liens or encumbrances remaining at the time of sale.

_____   unincorporated area:        xx   Winnetka                    and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged **Next Door Neighbor Homes, LLC,** hereby REMISE, RELEASE AND QUITCLAIM to **Champery Real Estate 2015, LLC** the real property in the City of Winnetka, County of Los Angeles, State of California, described as:

**LEGAL DESCRIPTION.**

LOT(S) 73 OF TRACT NO. 20608, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 598 PAGE(S) 57 AND 58 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Dated   2/27/2025

Next Door Neighbor Homes, LLC,
a Delaware limited liability company

By: Wedgewood, LLC
a Delaware limited liability company
Its: Manager

By: _____
    Dacin S. Puhl, Executive Vice President/
    President of Wedgewood Homes

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

State of California            )
County of Los Angeles          )

On ___February 27, 2025_____ before me, ___C. Hernandez_____ a Notary Public,
personally appeared _____Darin S. Puhl_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws
of the State of California that the foregoing paragraph
is true and correct.

WITNESS my hand and official seal.

Signature____C. ꞏ N_____ (Seal)

My Commission Expires: April 15, 2027

C. HERNANDEZ
Notary Public - California
Los Angeles County
Commission # 2444365
My Comm. Expires Apr 15, 2027