Lisa Hines
Debtor, In Pro Per
P.O. Box 7614
Van Nuys, California 91409–9998
Telephone: (818) 744–2178
Email: lisahines8@gmail.com

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

Case No.: 1:25-bk-10950-MB
Chapter 7

In re:

Lisa Hines,

Debtor.

_____/

AFFIDAVIT AND DECLARATION OF LISA HINES IN SUPPORT OF
NOTICE FOR RECONSIDERATION OF ORDER GRANTING RELIEF
FROM THE AUTOMATIC STAY, REQUEST FOR SANCTIONS,
REFERRAL FOR CRIMINAL AND PROFESSIONAL MISCONDUCT
INVESTIGATION, AND REQUEST FOR FURTHER RELIEF

I, Lisa Hines, declare as follows:

1. I am the Debtor in this bankruptcy case. I have personal knowledge of
the facts stated in this Declaration, and if called to testify, I could and would
competently testify to them.

# EXHIBIT C

## DEED OF TRUST DOCUMENT ELIJAHS HOUSE LLC



**This page is part of your document - DO NOT DISCARD**



# 20240055164

Pages:
0022

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**01/25/24 AT 08:00AM**

| | |
|---|---|
| FEES: | 89.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 164.00 |



**L E A D S H E E T**



202401250220011

00024164976



014505100

**SEQ:
02**

**SECURE - 8:00AM**

**THIS FORM IS NOT TO BE DUPLICATED**

RW23-100533

Branch :O25    User :AMAG

Recording Requested by
WFG National Title

Recording Requested By:
DON O'BRIEN GST

And After Recording Return To:
DON O'BRIEN GST
PO BOX 756
PALOS VERDES ESTATES, CALIFORNIA 90274
Loan Number: WINNETKA-HINES-2ND

*24. 1005m QW*

[Space Above This Line For Recording Data]

# DEED OF TRUST

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 10, 12, 17, 19 and 20. Certain rules regarding the usage of words used in this document are also provided in Section 15.

(A) "Security Instrument" means this document, which is dated    January 4, 2024    , together with all Riders to this document.
(B) "Borrower" is    ELIJAHS HOUSE, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY
BORROWER'S ADDRESS IS 15606 SIMONDS ST, GRANADA HILLS, CALIFORNIA 91344.

Borrower is the trustor under this Security Instrument.
(C) "Lender" is    DON O'BRIEN GST

Lender is a                                                                                            organized
and existing under the laws of                              CALIFORNIA
Lender's address is    PO BOX 756, PALOS VERDES ESTATES, CALIFORNIA 90274

Lender is the beneficiary under this Security Instrument.
(D) "Trustee" is    SUPERIOR LOAN SERVICING, A CALIFORNIA CORPORATION
7525 TOPANGA CANYON BLVD, CANOGA PARK, CALIFORNIA 91303

(E) "Note" means the promissory note signed by Borrower and dated    January 4, 2024
The Note states that Borrower owes Lender    TWO HUNDRED FORTY-THREE THOUSAND AND
00/100                                                Dollars (U.S. $243,000.00                    )

CALIFORNIA SUBORDINATE LIEN DEED OF TRUST
© 2006 DOCMAGIC, INC.                                                                    ☆DocMagic
CASEO.DOT 10/03/18                              Page 1 of 13

Exhibit D

Trustee Deed Upon Sale
Dated 2/4/25

Unlawful Detainer Filed 1/10/25 Case No. 25VEUD00081

Attorney Sam Chandra Bar#203942
Intentional Fraud Upon The Courts
Title Not Perfected

RECORDING REQUESTED BY:

Next Door Neighbor Homes, LLC

WHEN RECORDED TO:

**Next Door Neighbor Homes, LLC**
**2015 Manhattan Beach Blvd, #100**
**Redondo Beach, CA 90278**

**Forward Tax Statements to Address Above**

TS# 24-70208 CA

# TRUSTEE'S DEED UPON SALE

This transfer is not subject to the affidavit or declaration requirement under Civil
Code section 2924m(d)

Branch :OZS   User :AMAG

RECORDING REQUESTED BY:
Next Door Neighbor Homes, LLC
WHEN RECORDED TO:
Next Door Neighbor Homes, LLC
2015 Manhattan Beach Blvd, #100
Redondo Beach, CA 90278

Forward Tax Statements to Address Above

_____

TS #: 24-70208

[SPACE ABOVE LINE FOR RECORDER'S USE ONLY]

Order #: 240467047-CA-VOI
APN: 2780-012-017

# TRUSTEE'S DEED UPON SALE

A.P.N.: 2780-012-017                    Transfer Tax: $ 742.50 / City $3,037.50

THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE: SECTION 480.3

The Grantee Herein WAS NOT the Foreclosing Beneficiary. Grantee's affidavit or declaration in
compliance with Civil Code § 2924m(d) is attached as an exhibit hereto
The Amount of The Unpaid Debt was $260,283.07
The Amount Paid by the Grantee was $675,000.00
Said Property Is In The City of WINNETKA, County of Los Angeles

ZBS LAW, LLP, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly
described or as duly appointed Trustee) does hereby GRANT and CONVEY to Next Door Neighbor
Homes, LLC (herein called Grantee) but without covenant or warranty, expressed or implied, all right title
and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property
situated in the county of Los Angeles, State of CALIFORNIA  described as follows:

LOT(S) 73 OF TRACT NO. 20808, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES,
STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 698 PAGE(S) 57 AND 58 OF MAPS, IN
THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Property Address: 20629 LONDELIUS ST., WINNETKA, CALIFORNIA 91306-1022 AKA 20629
LONDELIUS ST., LOS ANGELES, CA 91306

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by
RICARDO STEWART, A SINGLE MAN, AND LISA HINES, A SINGLE WOMAN AS JOINT TENANTS
as Trustor, dated 11/19/2007 of the Official Records in the office of the Recorder of Los Angeles,
California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the
duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default
and Election to Sell under the Deed of Trust recorded on 11/27/2007, as Instrument No. 20072605077, of
Official records.

**TRUSTEE'S DEED UPON SALE**

TS #: 24-70208
Order #: 240457047-CA-VOI

Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 2/04/2025. Grantee, being the highest bidder at sale became the purchaser of said property for the amount bid, being **$675,000.00**, in lawful money of the United States, in pro per, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **ZBS LAW, LLP** as Trustee, has this day, caused its name to be hereunto.

Date: 2/20/2025                    **ZBS LAW, LLP**

                    By: _____
                        **Geoffrey Neal, Trustee Sale Officer**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Orange

On 2/20/2025 before me, M. Cevena, Notary Public personally appeared, Geoffrey Neal who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
M. Cevena, Notary Public                    (Seal)

Exhibit E

Quitclaim Deed Transfer From NextDoor Neighbor Homes LLC To
Champery Real Estate 2015 LLC for $10
Evidence of a Non-Perfected Title
Represented By Sam Chandra to the Courts

**This page is part of your document - DO NOT DISCARD**



## 20250130264



**Pages:
0003**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**02/28/25 AT 03:31PM**

|  |  |
|---|---|
| FEES: | 30.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 30.00 |



**L E A D S H E E T**



202502280290056

00025267337



015164719

**SEQ:
01**

**SECURE - Daily**



**THIS FORM IS NOT TO BE DUPLICATED**

58760-QCD

Branch :O25   User :AMAG

RECORDING REQUESTED BY:
Next Door Neighbor Homes, LLC

AND WHEN RECORDED MAIL TO:
AND MAIL TAX STATEMENT TO:
Champery Real Estate 2015, LLC
2015 Manhattan Beach Blvd., Ste 100
Redondo Beach, CA 90278

Parcel No: 2780-012-017
Property Address:
20629 Londelius Street,
Winnetka, California 91306

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# QUITCLAIM DEED

"The Grantors and Grantees in this conveyance are comprised of the same parties who continue to hold the same proportionate interest in the property. R&T 11925 (d)"

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS
COUNTY $00.00 and CITY $00.00

xx   Computed on the consideration or value of property conveyed; OR $10.00 and other good and
valuable consideration.

_____   Computed on the consideration or value less liens or encumbrances remaining at the time of sale.

_____  unincorporated area:          xx  Winnetka                  and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged **Next Door Neighbor Homes, LLC,** hereby REMISE, RELEASE AND QUITCLAIM to **Champery Real Estate 2015, LLC** the real property in the City of Winnetka, County of Los Angeles, State of California, described as:

**LEGAL DESCRIPTION.**
LOT(S) 73 OF TRACT NO. 20608, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 598 PAGE(S) 57 AND 58 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Dated   2 / 27 / 2025

Next Door Neighbor Homes, LLC,
a Delaware limited liability company

By: Wedgewood, LLC
a Delaware limited liability company
Its: Manager

By: _____
      David S. Puhl, Executive Vice President/
      President of Wedgewood Homes

## ACKNOWLEDGMENT

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document. |
| --- |

State of California          )
County of Los Angeles        )

On ___February 27, 2025___ before me, ___C. Hernandez___ a Notary Public, personally appeared ___Darin S. Puhl___,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature___C. H___ (Seal)

My Commission Expires: April 15, 2027

C. HERNANDEZ
Notary Public - California
Los Angeles County
Commission # 2444365
My Comm. Expires Apr 15, 2027

# EXHIBIT E 1

## QUITCLAIM DEED
## DATED 2/27/25

This page is part of your document - DO NOT DISCARD

## 20250130264





Pages:
0003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

02/28/25 AT 03:31PM

| | |
|---|---|
| FEES: | 30.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 30.00 |



LEADSHEET



202502280290056

00025267337



015164719

SEQ:
01

SECURE - Daily

THIS FORM IS NOT TO BE DUPLICATED

58760-QCD

RECORDING REQUESTED BY:
Next Door Neighbor Homes, LLC

AND WHEN RECORDED MAIL TO:
AND MAIL TAX STATEMENT TO:
Champery Real Estate 2015, LLC
2015 Manhattan Beach Blvd., Ste 100
Redondo Beach, CA 90278

Parcel No: 2780-012-017
Property Address:
20629 Londelius Street,
Winnetka, California 91306

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# QUITCLAIM DEED

"The Grantors and Grantees in this conveyance are comprised of the same parties who continue to hold the same proportionate interest in the property, R&T 11925 (d)"

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS
COUNTY $00.00 and CITY $00.00

   xx  Computed on the consideration or value of property conveyed; OR $10.00 and other good and
      valuable consideration.
      Computed on the consideration or value less liens or encumbrances remaining at the time of sale.

     uninceporated area:     xx  Winnetka          and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged Next Door Neighbor
Homes, LLC, hereby REMISE, RELEASE AND QUITCLAIM to Champery Real Estate 2015, LLC the
real property in the City of Winnetka, County of Los Angeles, State of California, described as:

LEGAL DESCRIPTION.
LOT(S) 73 OF TRACT NO. 20608, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES,
STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 598 PAGE(S) 57 AND 58 OF MAPS, IN
THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Dated   2/27/2025

Next Door Neighbor Homes, LLC,
a Delaware limited liability company

By: Wedgewood, LLC
a Delaware limited liability company
Its: Manager

By: _____
    Dana S. Publ, Executive Vice President/
    President of Wedgewood Homes

## ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

State of California        )
County of Los Angeles      )

On ___February 27, 2025___ before me, ___C. Hernandez___ a Notary Public, personally appeared ___Darin S. Puhl___,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws
of the State of California that the foregoing paragraph
is true and correct.

WITNESS my hand and official seal.

Signature___ C. H _____   (Seal)
My Commission Expires: April 15, 2027

C. HERNANDEZ
Notary Public • California
Los Angeles County
Commission # 2444365
My Comm. Expires Apr 15, 2027

# Exhibit F

Notice of Motion for Summary Judgement Advanced From 6/26/25 to
5/29/26 per Ex Parte Hearing Without Due Process
Judgement Lodged 6/30/25 During the Automatic Stay
Breach of Federal Injunction Title 11
US Code: 362,105

1  LAW OFFICES OF SAM CHANDRA, APC
2  SAM CHANDRA (SBN 203942)
   710 S. MYRTLE AVE., # 600
3  MONROVIA, CA 91016
   Phone: (626)305-0555 Fax: (626)305-0556
4  Email: fax@chandra-law.com

Electronically FILED by
Superior Court of California,
County of Los Angeles
5/16/2025 2:01 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By A. Boyadzhyan, Deputy Clerk

5  Attorneys for Plaintiff, CHAMPERY REAL ESTATE 2015, LLC

6

7

8           SUPERIOR COURT FOR THE STATE OF CALIFORNIA
9
            COUNTY OF LOS ANGELES, NORTHWEST DISTRICT
10

11

12  CHAMPERY REAL ESTATE 2015, LLC,      )  Case No.  25VEUD00081
                                         )
13             Plaintiff,                )  NOTICE OF MOTION AND MOTION FOR
                                         )  SUMMARY JUDGMENT; AND POINTS
14     vs.                               )  AND AUTHORITIES IN SUPPORT
                                         )  THEREOF (CCP 437c, 1170.7); SEPARATE
15  ELIJAHS HOUSE LLC, et al             )  STATEMENT OF UNDISPUTED
                                         )  MATERIAL FACTS AND SUPPORTING
16             Defendants.               )  EVIDENCE; DECLARATION OF OLIVIA
                                         )  REYES IN SUPPORT OF MOTION;
17                                       )  EXHIBITS IN SUPPORT OF PLAINTIFF'S
                                         )  MOTION FOR SUMMARY JUDGMENT
18                                       )  "EXHIBIT PACKAGE"; REQUEST FOR
                                         )  JUDICIAL NOTICE; [proposed] ORDER;
19                                       )  [proposed] JUDGMENT
20                                       )
                                         )  Date:  06/26/25
21                                       )  Time: 1:30 p.m.
                                         )  Dept: H
22                                       )
                                         )
23                                       )
                                         )
24                                       )
                                         )
25  _____)

26       TO: DEFENDANTS, ELIJAHS HOUSE LLC; LISA HINES, OCCUPANTS, ALL

27  INTERESTED PARTIES AND THEIR ATTORNEY OF RECORD IF ANY:  PLEASE TAKE

28

SAM CHANDRA (# 203942)
LAW OFFICES OF SAM CHANDRA, APC
710 S. MYRTLE AVE., # 600
MONROVIA, CA 91016
(626)305-0555

Electronically FILED by
Superior Court of California,
County of Los Angeles
5/19/2025 3:43 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By M. Estorga, Deputy Clerk

ATTORNEYS FOR PLAINTIFF

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, VAN NUYS

| | |
|---|---|
| CHAMPERY REAL ESTATE 2015, LLC, | Case No.   25VEUD00081 |
| Plaintiff, | EX PARTE APPLICATION FOR AN |
| vs. | ORDER TO ADVANCE HEARING DATES |
| | *Violation of Due Process* |
| Elijahs House LLC, et al, | *Exparte Notice Not Received* |
| and Does 1 to 10 INCLUSIVE, | DATE: 05/21/2025 |
| | TIME:   1:30 p.m. |
| Defendants. | DIV:   H |

1.    Plaintiff hereby applies Ex Parte to this court for an Order to Advance the dates for its

Motion for Summary Judgment to comport with the notice requirements under the code

CCP §1170.7.  . Said application shall be based upon the declarations accompanying

Plaintiff's application.


DATED: May 16, 2025

                                        _____
                                        Sam Chandra, attorney for Plaintiff

## APPLICATION

I   **STATEMENT OF FACTS**

1. This case was filed on January 10, 2025. This is a summary proceeding entitled to priority.

2. Defendant caused delay by failing to respond to Plaintiff's discovery requests. Plaintiff's Motion Deeming matters admitted was heard and granted on 04/30/2025. Plaintiff then sought the first available date for its Motion for Summary Judgment. Said date was 6/26/2025. Plaintiff acquired all certified copies of title documents and has filed its motion. There are no triable issues of fact and this case is ready for disposition.

3. Plaintiff's motion may be heard on 5 days' notice per CCP §1170.7.

4. Plaintiff is being damaged each and every day this case is delayed by Defendant's wrongful conduct. Plaintiff is prejudiced if the motions are not advanced to the 5 days per the code. Plaintiff requests this court advance the motions to a date within 5 days.

Respectfully Submitted,

Sam Chandra
Attorney for Plaintiff

# Exhibit I

Trustee Deed Upon Sale Allegedly Purchased
By Champery Real Estate 2015 LLC
On 11/15/24
No Record Of Deed Recording
Further Research Required Unlawful Detainer
Filed 1/10/25 Eviction Process Started 11/2024

RECORDING REQUESTED BY:
Superior Loan Servicing

AND WHEN RECORDED TO:
Champery Real Estate 2015, LLC
2015 Manhattan Beach Blvd, Ste 100
Redondo Beach, Ca 90278

Forward Tax Statements to
The address given above

City of Winnetka

SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS #: 2024-01934
Loan #: SLS-022024

## TRUSTEE'S DEED UPON SALE

A.P.N.: 2780-012-017

Transfer Tax: $315.70
City $1,291.50

The Grantee Herein was not the Foreclosing Beneficiary.
The Amount of the Unpaid Debt was $286,830.18
The Amount Paid by the Grantee was $286,830.19
Said Property is in the City of Winnetka, County of Los Angeles

Superior Loan Servicing, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly
described or as duly appointed Trustee) does hereby GRANT and CONVEY to

### Champery Real Estate 2015, LLC

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed
to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of Los
Angeles, State of California, described as follows: LOT 73 OF TRACT NO. 20608, IN THE CITY OF LOS
ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN
BOOK 598, PAGES 57 AND 58 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID
COUNTY.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by Elijahs
House LLC, A California Limited Liability Company as Trustor, dated 1/4/2024 of the Official Records in the
office of the Recorder of Los Angeles, California under the authority and powers vested in the Trustee designated in
the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the
Notice of Default and Election to Sell under the Deed of Trust recorded on 1/25/2024, instrument number
20240055163, Book , Page  of official records. Trustee having complied with all applicable statutory requirements
of the State of California and performed all duties required by the Deed of Trust including sending a Notice of
Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the
Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil
Code 2924b.

## TRUSTEE'S DEED UPON SALE

TS #: 2024-01934
Loan #: SLS-022024

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 11/15/2024. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being $286,830.19, in lawful money of the United States, in pro per, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **Superior Loan Servicing**, as Trustee, has this day, caused its name to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws.

Date: 12/11/2024

Superior Loan Servicing, by Asset Default Management, Inc., as Agent for Trustee

By: _____

Julie Taberdo, Sr. Trustee Sale Officer

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF California
COUNTY OF Los Angeles

On 12/11/2024 before me, Donna Ex, Notary Public Personally appeared, Julie Taberdo who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Name                              (Seal)

DONNA EX
Notary Public - California
Los Angeles County
Commission # 2342218
My Comm. Expires Jan 18, 2025

# Exhibit G

Inaccuracies and Slander
By Champery Real Estate 2015 LLC
Represented By Sam Chandra Bar#203942

# PROPERTY PROFILE

## Property Information

**Primary Owner :** CHAMPERY REAL ESTATE 2015 LLC,
**Secondary Owner :** N/A
**Site Address :** 20629 LONDELIUS ST
WINNETKA, CA 91306-1022
**Mailing Address :** 2015 MANHATTAN BEACH BLVD
REDONDO BEACH, CA 90278-1230

**Assessor Parcel Number :** 2780-012-017
**CountyName :** Los Angeles
**Tax Account ID :**
**Phone :** N/A
**Census Tract :** 1134.26
**Housing Tract Number :** 20608
**Lot Number :** 73
**Page Grid :** 530-1C
**Legal Description :** Lot: 73   ; Tract No: 20608   ; Abbreviated Description: LOT:73
TR#:20608     TRACT # 20608 LOT 73

## Property Characteristics

**Bedrooms :** 6
**Bathrooms :** 2.0
**Partial Bath :** 0
**Total Rooms :** 0
**Zoning :** LARS
**Year Built :** 1956
**Garage :** N/A
**Fireplace :** N/A
**Pool/Spa :** P
**Square Feet :** 1875
**Lot size :** 7840 SF
**Number of Units :** 0
**Use Code :** Single Family Residential

## Sale/Loan Information

**Transfer Date :** 09/19/2024
**Transfer Value :** N/A
**First Loan Amt :** N/A
**Document # :** 24-0640924
**Cost/Sq Feet :** N/A
**Lender :**

## Assessment/Tax Information

**Assessed Value :** $827,501
**Land Value :** $630,480
**Improvement Value :** $197,021
**Percent Improvement :** 23 %
**Tax Amount :** $10,325.70
**Tax Status :** Current
**Tax Rate Area :** 0-016
**Homeowner Exemption :** N

Confidential, Proprietary and/or Trade Secret. TM SM ® Trademark(s) of Intercontinental Exchange, Inc. and its subsidiaries and affiliates.
® 2025 Intercontinental Exchange, Inc. All Rights Reserved.
04/23/2025 11:26:54 AM                                    Customer Service Rep:Aida Rodriguez

# SUBJECT PROPERTY HISTORY

### Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: 02/28/2025 | | Document #: | 25-0130264 |
| Price: | | Document Type: | Intrafamily Transfer & Dissolution |
| First TD: | | Type of Sale: | Transfer Tax on doc. indicated as |
| Lender Name: | | | |
| Buyer Name: | CHAMPERY REAL ESTATE 2015 LLC, | | |
| Buyer Vesting: | | | |
| Sell Name: | NEXT DOOR NEIGHBOR HOMES LLC, | | |
| City/Muni/Twp: | REDONDO BEACH | | |
| Legal: | LOT:73 CITY:LOS ANGELES TR#:20608 MAP REF:MB 598 PG 57&58 | | |

### Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: 02/25/2025 | | Document #: | 25-0120213 |
| Price: | $675,000 | Document Type: | Trustee's Deed |
| First TD: | | Type of Sale: | 2 |
| Lender Name: | | | |
| Buyer Name: | NEXT DOOR NEIGHBOR HOMES LLC, | | |
| Buyer Vesting: | | | |
| Sell Name: | STEWART, RICARDO | | |
| City/Muni/Twp: | REDONDO BEACH | | |
| Legal: | LOT:73 CITY:LOS ANGELES TR#:20608 MAP REF:MB 598 PG 57&58 | | |

*NOT ON TITLE* (handwritten annotation)

### Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: 01/21/2025 | | Document #: | 25-0040733 |
| Price: | | Document Type: | Intrafamily Transfer & Dissolution |
| First TD: | | Type of Sale: | Transfer Tax on doc. indicated as |
| Lender Name: | | | |
| Buyer Name: | THE DUNN CLAN OF LISA ROBIN ESTATE TRUST, | | |
| Buyer Vesting: | Trust | | |
| Sell Name: | HINES, LISA | | |
| City/Muni/Twp: | | | |
| Legal: | LOT:73 CITY:WINNETKA TR#:20608 MAP REF:MB 598 PG 57&58 | | |

*OWNER OF RECORD* (handwritten annotation)

### Foreclosure Record

| | | | |
|---|---|---|---|
| Recording Date: 12/19/2024 | | Document #: | 24-0904279 |
| Mortgage Doc: 7-2605077 | | Document Type: | Notice of Sale (aka Notice of Trustee's Sale) |
| Auction | 400 CIVIC CENTER PLAZA | | |
| Lender Name: | 01/14/2025 1100A | | |
| Auction Min Bid: $256,737 | | | |
| Delinq $: | | | |
| Unpaid $: | | | |

As Of:

### Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: 12/16/2024 | | Document #: | 24-0892051 |
| Price: | $286,830 | Document Type: | Trustee's Deed |
| First TD: | | Type of Sale: | 2 |
| Lender Name: | | | |
| Buyer Name: | CHAMPERY REAL ESTATE 2015 LLC, | | |
| Buyer Vesting: | | | |
| Sell Name: | ELIJAHS HOUSE LLC, | | |
| City/Muni/Twp: | REDONDO BEACH | | |
| Legal: | LOT:73 CITY:LOS ANGELES TR#:20608 MAP REF:MB 598 PG 57&58 | | |

*FRAUD* (handwritten annotation)

Confidential, Proprietary and/or Trade Secret. TM SM ® Trademark(s) of Intercontinental Exchange, Inc. and its subsidiaries and affiliates.
© 2025 Intercontinental Exchange, Inc. All Rights Reserved.

04/23/2025 11:26:56 AM                                                    Customer Service Rep:  Aida Rodriguez

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: 09/19/2024 | | Document #: | 24-0640924 |
| Price: | | Document Type: | Grant Deed |
| First TD: | | Type of Sale: | Transfer Tax on doc. indicated as |
| Lender Name: | | | |
| Buyer Name: | HINES, LISA | | |
| Buyer Vesting: | Tenants in Severalty | | |
| Sell Name: | ELIJAHS HOUSE LLC, | | |
| City/Muni/Twp: | | | |
| Legal: | LOT:73 CITY:LOS ANGELES TR#:20608 MAP REF:MB 598 PG 57&58 | | |

## Foreclosure Record

| | | | |
|---|---|---|---|
| Recording Date: 09/17/2024 | | Document #: | 24-0631166 |
| Mortgage Doc: 7-2605077 | | Document Type: | Notice of Default |
| Trustor Name: | STEWART, RICARDO; HINESLISA | TS #: | 24-70208 |
| Lender Name: | LEGACY MORTGAGE ASSET TRUST 2018 | | |
| Mailing Address: | 30 CORPORATE PARK 450 IRVINE CA 92606   Phone #:714-848-7920 | | |
| C/O: Attn | ZBS LAW LLP | | |
| Delinq $: | $16,100       Unpaid $: | | |
| Beneficiary | LEGACY MORTGAGE ASSET TRUST 2018 RPL5 | | |
| As Of: | 09/13/2024 | | |
| Loan: | Date 11/27/2007; Amount $480,000 | | |

## Foreclosure Record

| | | | |
|---|---|---|---|
| Recording Date: 07/11/2024 | | Document #: | 24-0456049 |
| | | Document Type: | NL |

Lender Name:

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: 01/25/2024 | | Document #: | 24-0055163 |
| Price: | | Document Type: | Grant Deed |
| First TD: | $243,000 | Type of Sale: | Transfer Tax on doc. indicated as |
| Lender Name: | DON O BRIEN GST | | |
| Buyer Name: | ELIJAHS HOUSE LLC, | | |
| Buyer Vesting: | | | |
| Sell Name: | HINES, LISA | | |
| City/Muni/Twp: | GRANADA HILLS | | |
| Legal: | LOT:73 CITY:LOS ANGELES TR#:20608 MAP REF:MB 598 PG 57&58 | | |

*NO SALE OCCURED* (handwritten)

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: 12/07/2022 | | Document #: | 22-1142568 |
| Price: | | Document Type: | Intrafamily Transfer & Dissolution |
| First TD: | | Type of Sale: | Transfer Tax on doc. indicated as |
| Lender Name: | | | |
| Buyer Name: | HINES, LISA | | |
| Buyer Vesting: | SE | | |
| Sell Name: | HINES II, LISA AMEZ NEFERTITI | | |
| City/Muni/Twp: | GRANADA HILLS | | |
| Legal: | LOT:73 CITY:WINNETKA TR#:20608 MAP REF:MB 598 PG 57&58 | | |

Confidential, Proprietary and/or Trade Secret. TM SM ® Trademark(s) of Intercontinental Exchange, Inc. and its subsidiaries and affiliates.
© 2025 Intercontinental Exchange, Inc. All Rights Reserved.

04/23/2025 11:26:56 AM                                                Customer Service Rep: Aida Rodriguez

# Exhibit J

Notice of Rescission Per TILA
USC 1601 FDCPA 15 USC 1692e(2)(a)
PS Form 3811 Return Receipt USPS
For Subject Property
20629 Londelius St.

Certified Mail 9/9/2024
Tracking Number 9590940287173310043573
Lisa Hines
15606 SIMONDS ST
GRANADA HILLS CA 91344-4344

Don O'Brien GST
P.O. Box 756 Palos Verdes
Estates, CA 90274

Rushmore Loan Servicing
P.O. BOX 619097
DALLAS TX 75261

Superior Loan Servicing
7525 TOPANGA CANYON BLVD.
CANOGA PARK, CA 91303

# NOTICE OF RESCISSION

To: Rushmore Loan Servicing, Mr. Cooper Group, Superior Loan Servicing, and Don O'Brien GST

**Subject:** Loan Number 708567169, SLS-022024, WINNETKA-HINES-2ND

I, Lisa Hines, hereby issue this Notice of Rescission to Rushmore Loan Servicing, Mr. Cooper Group, Superior Loan Servicing, and Don O'Brien GST regarding Loan Numbers 708567169, SLS-022024, and WINNETKA-HINES-2ND. This notice is issued in accordance with applicable consumer protection laws and the Uniform Commercial Code (UCC).

**Grounds for Rescission:**

Upon review of the loan agreement associated with the aforementioned loan numbers, I have identified several violations of federal and California consumer protection laws, including but not limited to the Truth in Lending Act (TILA) and the Fair Debt Collection Practices Act (FDCPA), which grant me the right to rescind the contract.

1. **Violation of Truth in Lending Act (TILA) - 15 U.S.C. § 1601 et seq.:**
   o   The loan agreement failed to provide accurate and precise disclosures as required by TILA, particularly under 15 U.S.C. § 1635, which governs the right of rescission. The lack of transparent disclosure regarding finance charges and the true cost of the loan constitutes a material misrepresentation of the buying and selling of the note, allowing for rescission.

2. **Unlawful Collection Practices - FDCPA Violations:**
   o   **15 U.S.C. § 1692e(2)(A):** False representation of the amount, legal status, and character of the debt was made, evidenced by the discrepancy in the interest rates applied (11.99%

1

on late payments and 20% on prepaid amounts). This misrepresentation is grounds for rescission under 15 U.S.C. § 1692e.

   o   **15 U.S.C. § 1692d:** Harassment, intimidation, and unlawful entry by the new note holder's agency to collect debt, which was not agreed upon in the contract, further justifies this rescission. The illegal entry is a direct violation of the FDCPA, as detailed in 15 U.S.C. § 1692d.

3. **Breach of Contract and Good Faith:**
    o Under UCC 2-106(4), I am exercising my right to cancel this contract due to the seller's breach of good faith and material misrepresentation. The seller's attempt to profit through an unjust enrichment scheme by reselling the loan without fulfilling their legal obligations constitutes a fundamental breach of contract.

4. **Identity Theft and Fraud - 15 U.S.C. § 1681c-2(a) and § 1692e(7):**
    o The discovery of a duplicate, unsigned promissory note with my personal information indicates identity theft and fraud. This is a violation of 15 U.S.C. § 1681c-2(a) (regarding blocking information resulting from identity theft) and § 1692e(7) (prohibiting false accusations of criminal activity).

**Legal Implications:**
This notice is not merely a termination of the contract but a cancellation as defined by UCC 2-106(4). As such, all adverse claims on the original Note, Title, Certificate, or any derivative instruments generated from this contract are nullified. The debt associated with this agreement is deemed satisfied upon rescission, and no further collection attempts are authorized under federal law.

**Adverse Claim Notice:**
Following this Notice of Rescission, a formal Notice of Adverse Claim will be issued to further assert my interest in the financial assets tied to the agreement between Elijahs House LLC and Don O'Brien GST. I reserve all rights to seek remedies, including, but not limited to, the recoupment of assets and a full audit of the account.

**Demand for Compliance:**
You are instructed to cancel all collection activities related to the above-referenced loans immediately. Any continued attempts to collect on this loan will be considered violations of federal law, specifically under 15 U.S.C. § 1692g(b), which requires cessation of collection activities upon the dispute of a debt.
I trust that you will take immediate action to comply with this notice. Failure to do so will result in further legal action, including, but not limited to, filing complaints with the Consumer Financial Protection Bureau (CFPB) and initiating a civil lawsuit to enforce my rights under federal and state laws.

Sincerely,

Lisa Hines
15606 SIMONDS ST
GRANADA HILLS CA 91344-4344

2

*Recession*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rushmore Loan Srvs.
PO Box 619097
Dallas Texas 75261

9590 9402 8717 3310 0435 42

2. Article Number (Transfer from service label)

9589 0710 5270 1523 9467 80

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
9/10/24

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Subject property
20629 Londelius St
Winnetka CA 91306



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Don O'Brien
PO BOX 756
Palos Verdes Estates
Ca 90274

A. Signature
X _____ ☐ Addressee

B. Received by (Printed Name)   Wendy O'Brien   C. Date of Delivery 9/9/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

9590 9402 8717 3310 0435 35

2. Article Number (Transfer from service label)
9589 0710 5270 1523 9467 97

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Superior Loan Servicing
7525 Topanga Cyn Blvd
Canoga Park 91303

A. Signature
X _____ ☐ Agent

B. Received by (Printed Name)   C. Date of 9/6

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

9590 9402 8717 3310 0435 73

2. Article Number (Transfer from service label)
9589 0710 5270 1503 9154 03

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

---

FOR THE Property AT
20629 Londelius ST
Winnetka CA 91306

# Exhibit H

Grant Deed Correction Egregious Breach of
Fiduciary Duty By WFG Title Company

RECORDING REQUESTED BY:

MAIL TAX STATEMENTS AND
WHEN RECORDED MAIL TO:
Elijahs House LLC, a California Limited Liability
Company

APN: 2780-012-017
TRA: 00016

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S):   The grantors and the grantees in this conveyance are comprised of the same parties who continue to hold the same proportionate interest in the property, R & T 11925(d).

DOCUMENTARY TRANSFER TAX is  $0 _____          CITY TAX $0 _____

- [ ] computed on full value of property conveyed, or
- [ ] computed on full value less liens and encumbrances remaining at time of sale.
- [ ] Unincorporated area    ☒ City of  Los Angeles _____ , and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**Elijahs House LLC, a California Limited Liability Company,**

hereby GRANT(S) to

**Lisa Hines, an unmarried woman as her sole and separate property**

the following described real property in the City of Los Angeles, County of Los Angeles, State of California:

### SEE ATTACHED EXHIBIT "A"

The property more commonly known as:  20629 Londelius Avenue, Los Angeles, CA  91306

Dated: _1/30/24_

Elijahs House LLC, a California Limited Liability Company

By: _[signature]_     Date: _1/30/24_
    Lisa R. Hines, Manager

---

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF _Los Angeles_      ) SS.

On _Jan. 30, 2024_ , before me, _Maud Roy_ , a Notary Public, personally appeared _Lisa R. Hines_ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _[signature]_

MAIL TAX STATEMENTS AS DIRECTED ABOVE

> MAUD ROY
> Notary Public - California
> Los Angeles County
> Commission # 2443504
> My Comm. Expires Apr 7, 2027

Branch :CIS, User :YAROB

EXHIBIT "A"
LEGAL DESCRIPTION

LOT 73 OF TRACT NO. 20608, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 598, PAGES 57 AND 58 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

APN: 2780-012-017

Page 3 of 3