Lizbeth Yazmin Esma'el(secured party creditor)

Foreign EIN# 98-184XXXX

15701 Sherman Way Suite 7614

Van Nuys CA 91409


## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION


Case No: 1:25-BK-10950-MB
Chapter 7

### MOTION FOR RECONSIDERATION

NOTICE
VACATUR OF ORDER RETROACTIVELY LIFTING AUTOMATIC STAY
AND TO NULLIFY UNLAWFUL DETAINER CASE AND JUDGMENT
ENTERED DURING PENDENCY OF BANKRUPTCY; VOID ABI INITIO
THE UNLAWFUL DETAINER CASE IN ITS ENTIRETY


**TO:** The Honorable Martin Barash, United States Bankruptcy Judge, and to all
interested parties and their counsel of record:

Comes now, **Consul Lizbeth Yazmin Esma'el** , in her capacity as **Secured Party
Creditor** and **Blood Right Heir of the Sultan of Morocco, Mohammed VI, of
the Sharifian Nation**, asserting superior title to the subject property under **Treaty
of Peace and Friendship (1787/1836)** protections and **Article VI, Clause 2 of the
United States Constitution**, and hereby moves this Court pursuant to **FRBP 9023,
FRBP 9024, FRCP 60(b)(4), 60(d)(3)**, and applicable constitutional and statutory
provisions for reconsideration and immediate vacatur of any order retroactively

1

lifting the automatic stay in favor of Champery Real Estate 2015 LLC, nullification of the Unlawful Detainer judgment entered June 10, 2025 in Los Angeles Superior Court (Van Nuys East Courthouse), and the imposition of sanctions for willful violations of the Bankruptcy Code, California law, and binding treaties.

---

## I. INTRODUCTION

This Motion is necessitated by egregious and willful conduct by **Champery Real Estate 2015 LLC** and their counsel **Sam Chandra**, who:

1. Initiated and prosecuted an Unlawful Detainer ("UD") action **without lawful or perfected title**, in violation of state and federal law. Champery Real Estate 2015 was **not the foreclosing party** and did **not purchase a trust deed upon sale**; thus, they lacked any standing to pursue possession.

2. Willfully violated the **automatic stay under 11 U.S.C. § 362** by continuing to prosecute and obtaining a UD judgment on June 10, 2025—**eleven days after the filing of this bankruptcy case** on May 30, 2025.

3. Procured a **retroactive annulment of the stay** through fraud upon the court, including deliberate misrepresentations of fact, concealment of material evidence, and slanderous statements about the Movant's bankruptcy history.

4. Knowingly disregarded **Truth in Lending Act (TILA)** rescission notices, **RESPA** debt validation demands, and other statutory protections, all of which nullified the underlying mortgage obligations and rendered the UD action void ab initio.

5. Engaged in **"sewer service"** by secretly advancing a summary judgment hearing from June 26, 2025 to May 29, 2025 without proper notice, then weaponizing that ambush to mislead this Court into believing Movant had filed bankruptcy in bad faith.

Such conduct constitutes **fraud upon the court** under **FRCP 60(d)(3)**, violations of **18 U.S.C. §§ 1001, 1621, 1623, 1503, 1512**, **California CCP §§ 473(d), 657, 128(a)(8)**, **California Homeowner Bill of Rights**, and multiple consumer protection statutes relating to mortgage fraud. Fraud upon the court and fraudulent conveyances **have no statute of limitations**, particularly where property rights and treaty-protected land claims are implicated.

## II. TREATY AND SECURED PARTY CREDITOR STATUS

Movant is not a debtor or surety in this matter. The **Certificate of Live Birth**—a fraudulent instrument that mischaracterized Movant as a debtor—has been formally canceled. Movant appears solely as **Secured Party Creditor** and **treaty-protected heir** of the Sultan of Morocco, with **superior title** under the 1787/1836 Treaty of Peace and Friendship between the Moroccan Empire and the United States.

**Article VI, Clause 2 of the United States Constitution** provides:

> "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

As such, all judges—state and federal—are bound to honor these treaty protections, which supersede conflicting state laws and corporate claims.

## III. LEGAL GROUNDS FOR RELIEF

Relief is warranted under the following authorities:

3

- **FRBP 9023, FRBP 9024; FRCP 60(b)(4)** – Orders entered without jurisdiction, in violation of the automatic stay, or procured by fraud are void and must be vacated.

- **FRCP 60(d)(3)** – Recognizes the Court's inherent power to set aside judgments for **fraud upon the court**.

- **11 U.S.C. § 362(k)** – Provides for damages, including punitive damages, for willful violations of the automatic stay.

- **California CCP § 473(d)** – Authorizes the court to set aside void judgments.

- **California CCP § 657** – Authorizes new trial or vacatur based on misconduct, accident, surprise, or fraud.

- **California CCP § 128(a)(8)** – Prohibits orders procured by fraud or in violation of law.

- **18 U.S.C. §§ 1001, 1621, 1623, 1503, 1512** – Criminalizes false statements, perjury, obstruction of justice, and witness tampering.

- **California Homeowner Bill of Rights (Cal. Civ. Code §§ 2923.5, 2924.17)** – Requires verified and accurate foreclosure documents, prohibits foreclosure without proper authority.

- **TILA, 15 U.S.C. §§ 1635, 1635A** and **RESPA, 12 U.S.C. §§ 2605 et seq.** – Provide rescission rights, debt validation, and prohibitions against fraudulent mortgage servicing and conveyance.


## MEMORANDUM OF POINTS AND AUTHORITIES

This Memorandum supports Creditor's request for relief from a void and fraudulently procured order that retroactively annulled the automatic stay in favor

4

of Champery Real Estate 2015 LLC and their counsel, Sam Chandra. The annulment was obtained through deliberate misrepresentations, concealment of material facts, and direct violations of state, federal, and treaty law.

The law is clear: actions taken in violation of the automatic stay are **void ab initio**; fraud upon the court is not subject to statutes of limitation; and courts possess the inherent power to vacate such orders at any time under **FRCP 60(b)(4)** and **FRCP 60(d)(3)**, made applicable to bankruptcy by **FRBP 9024**.

---

## II. LEGAL STANDARD

1. **FRBP 9023 and 9024** – Incorporate **FRCP 59** and **FRCP 60** into bankruptcy proceedings, authorizing relief from orders obtained through fraud, mistake, or lack of jurisdiction.

2. **FRCP 60(b)(4)** – Provides that a judgment is void if the court lacked jurisdiction or if it was entered in violation of due process.

3. **FRCP 60(d)(3)** – Confirms the court's inherent authority to set aside a judgment for **fraud upon the court**.

4. **11 U.S.C. § 362(a), (k)** – The automatic stay is a statutory injunction; any willful violation mandates damages, including punitive damages.

5. **California CCP §§ 473(d), 657, 128(a)(8)** – Authorize vacating void judgments and prohibit enforcement of orders procured by fraud.

---

## III. ARGUMENT

### A. Actions Taken in Violation of the Automatic Stay Are Void

The automatic stay under **11 U.S.C. § 362(a)** was triggered on **May 30, 2025** upon Creditor's bankruptcy filing. Champery Real Estate 2015 LLC and Sam Chandra willfully ignored this injunction by:

- Continuing the UD prosecution post-petition.

- Obtaining a **judgment for possession** on June 10, 2025—eleven days into the bankruptcy case.

Ninth Circuit precedent is unequivocal: **post-petition actions in violation of the stay are void, not merely voidable.** *In re Schwartz*, 954 F.2d 569 (9th Cir. 1992).

---

## B. The Stay Annulment Was Procured by Fraud Upon the Court

**Fraud upon the court** encompasses conduct that subverts the integrity of the judicial process, including perjury, suppression of evidence, and false representation of facts. *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944).

Here, Sam Chandra:

- Misrepresented Creditor's bankruptcy history by falsely alleging "multiple bankruptcies" and "no equity" without disclosing identity theft and fraudulent prior filings.

- Withheld knowledge of defective title—Champery was **not the foreclosing party** and purchased a trust deed upon sale in November 2024 and then purchased a Quitclaim deed from a purchase made by a possible shell company and then deeded it to Champery Real Estate 2015 LLC for $10 on 2/4/2025 making the UD filing fraud abi initio.

- Suppressed TILA rescission and RESPA debt validation notices served upon all lenders/servicers.

6

- Concealed that his client's deed was acquired for **$10** in an invalid conveyance.

Such deceit strikes at the heart of judicial integrity and mandates vacatur under **FRCP 60(d)(3)**.

## C. The Unlawful Detainer Judgment Was Void for Lack of Standing

California law requires a UD plaintiff to demonstrate lawful possession rights through perfected title (*Vella v. Hudgins*, 20 Cal.3d 251 (1977)). Champery Real Estate 2015 LLC lacked such standing:

- No foreclosure by Champery
- No contract with the owner Lizbeth Yazmin Esma'el who occupies the said property.

- Title chain broken by rescission under **15 U.S.C. § 1635A** and unfulfilled debt validation under **12 U.S.C. § 2605**.

## D. Due Process Violations: "Sewer Service" and Concealed Hearing Changes

CCP §§ 1010–1013 and due process require adequate notice of hearings. Advancing the summary judgment hearing from June 26 to May 29, 2025 without service constitutes **sewer service**—no notice at all. The concealment of this change deprived Creditor's of her constitutional right to be heard.

## E. Treaty Protections Supersede State and Corporate Claims

Under **Article VI, Clause 2 of the U.S. Constitution**, treaties are the supreme law of the land, binding all judges. The **Treaty of Peace and Friendship (1787/1836)** guarantees Moroccan nationals and heirs of the Sultan of Morocco full protection

of property and contract rights in U.S. courts. Movant's secured party creditor status, coupled with treaty rights, overrides Champery's defective claim.

---

## F. Federal and State Statutes Violated

- **18 U.S.C. §§ 1001, 1621, 1623, 1503, 1512** – False statements, perjury, obstruction, and witness tampering.

- **California Homeowner Bill of Rights (Civ. Code §§ 2923.5, 2924.17)** – Fraudulent and unverified foreclosure instruments.

- **TILA (15 U.S.C. §§ 1635, 1635A)** – Rescission rights ignored.

- **RESPA (12 U.S.C. § 2605)** – Debt validation ignored.

- **California CCP §§ 473(d), 657, 128(a)(8)** – Void judgment, fraud-based vacatur.

---

## IV. RELIEF REQUESTED

Movant requests that the Court:

1. Vacate any order retroactively lifting the automatic stay for Champery Real Estate 2015 LLC.

2. Declare void and nullify the UD judgment of June 10, 2025.

3. Affirm Movant's treaty-protected secured party creditor status and superior title.

4. Grant all other relief deemed just and proper.

## IV. FACTS SUPPORTING RELIEF

1. Bankruptcy was filed May 30, 2025.

2. UD judgment entered June 10, 2025 in clear violation of stay.

3. Champery Real Estate 2015 LLC had no perfected title, was not the foreclosing party, and did have an invalid purchase trust deed upon sale lacking a perfected title due to TILA,RESPA and a second Deed upon sale not sold but already voided and sold after the UD filing of 1/10/25.

4. Counsel Sam Chandra possessed actual knowledge of rescission, debt validation, and chain-of-title defects, yet prosecuted UD and sought stay annulment and still moving in constructive fraud to obtain possession of a property by any means necessary.

5. Summary judgment hearing date was surreptitiously advanced without notice (sewer service) and then misrepresented to this Court to portray Movant as filing in bad faith.

6. Counsel engaged in mail fraud exceeding 50 separate acts related to this litigation.

7. Fraud upon the court occurred in both state UD court and federal bankruptcy court.

## V. REQUESTED RELIEF

Movant respectfully requests that this Court:

1. **Vacate** any order retroactively lifting the automatic stay in favor of Champery Real Estate 2015 LLC.

2. **Nullify** the June 10, 2025 Unlawful Detainer judgment in Los Angeles Superior Court.

3. **Declare void ab initio** all post-petition actions taken against Movant or the property Treaty party of Marrakesh Lizbeth Yazmin Esma'el .

4. Grant such other and further relief as this Court deems just and proper.

_____

**Dated:** 8/11/25
Respectfully submitted,

_____

**Lizbeth Yazmin Esma'el , sui juris**
Secured Party Creditor, Executrix,
Blood Right Heir of the Moroccan Empire Trust
15701 Sherman Way Suite 7614, Van Nuys, California Republic, Turtle Island
[Non-Domestic], [91409–9998]

# Exhibit J

Notice of Rescission Per TILA
USC 1601 FDCPA 15 USC 1692e(2)(a)
PS Form 3811 Return Receipt USPS
For Subject Property
20629 Londelius St.

Certified Mail 9/9/2024
Tracking Number 9590940287173310043573

Lisa Hines
20629 Londelius ST
Winnetka CA 91306

Don O'Brien GST
P.O. Box 756 Palos Verdes
Estates, CA 90274

Rushmore Loan Servicing
P.O. BOX 619097
DALLAS TX 75261

Superior Loan Servicing
7525 TOPANGA CANYON BLVD.
CANOGA PARK, CA 91303

## NOTICE OF RESCISSION

To: Rushmore Loan Servicing, Mr. Cooper Group, Superior Loan Servicing, and Don O'Brien GST

**Subject:** Loan Number 708567169, SLS-022024, WINNETKA-HINES-2ND

I, Lisa Hines, hereby issue this Notice of Rescission to Rushmore Loan Servicing, Mr. Cooper Group, Superior Loan Servicing, and Don O'Brien GST regarding Loan Numbers 708567169, SLS-022024, and WINNETKA-HINES-2ND. This notice is issued in accordance with applicable consumer protection laws and the Uniform Commercial Code (UCC).

**Grounds for Rescission:**

Upon review of the loan agreement associated with the aforementioned loan numbers, I have identified several violations of federal and California consumer protection laws, including but not limited to the Truth in Lending Act (TILA) and the Fair Debt Collection Practices Act (FDCPA), which grant me the right to rescind the contract.

1. **Violation of Truth in Lending Act (TILA) - 15 U.S.C. § 1601 et seq.:**
   - The loan agreement failed to provide accurate and precise disclosures as required by TILA, particularly under 15 U.S.C. § 1635, which governs the right of rescission. The lack of transparent disclosure regarding finance charges and the true cost of the loan constitutes a material misrepresentation of the buying and selling of the note, allowing for rescission.

2. **Unlawful Collection Practices - FDCPA Violations:**
   - **15 U.S.C. § 1692e(2)(A):** False representation of the amount, legal status, and character of the debt was made, evidenced by the discrepancy in the interest rates applied (11.99%

1

on late payments and 20% on prepaid amounts). This misrepresentation is grounds for rescission under 15 U.S.C. § 1692e.

- o **15 U.S.C. § 1692d**: Harassment, intimidation, and unlawful entry by the new note holder's agency to collect debt, which was not agreed upon in the contract, further justifies this rescission. The illegal entry is a direct violation of the FDCPA, as detailed in 15 U.S.C. § 1692d.

3. **Breach of Contract and Good Faith:**
   - o Under UCC 2-106(4), I am exercising my right to cancel this contract due to the seller's breach of good faith and material misrepresentation. The seller's attempt to profit through an unjust enrichment scheme by reselling the loan without fulfilling their legal obligations constitutes a fundamental breach of contract.

4. **Identity Theft and Fraud - 15 U.S.C. § 1681c-2(a) and § 1692e(7):**
   - o The discovery of a duplicate, unsigned promissory note with my personal information indicates identity theft and fraud. This is a violation of 15 U.S.C. § 1681c-2(a) (regarding blocking information resulting from identity theft) and § 1692e(7) (prohibiting false accusations of criminal activity).

**Legal Implications:**
This notice is not merely a termination of the contract but a cancellation as defined by UCC 2-106(4). As such, all adverse claims on the original Note, Title, Certificate, or any derivative instruments generated from this contract are nullified. The debt associated with this agreement is deemed satisfied upon rescission, and no further collection attempts are authorized under federal law.

**Adverse Claim Notice:**
Following this Notice of Rescission, a formal Notice of Adverse Claim will be issued to further assert my interest in the financial assets tied to the agreement between Elijahs House LLC and Don O'Brien GST. I reserve all rights to seek remedies, including, but not limited to, the recoupment of assets and a full audit of the account.

**Demand for Compliance:**
You are instructed to cancel all collection activities related to the above-referenced loans immediately. Any continued attempts to collect on this loan will be considered violations of federal law, specifically under 15 U.S.C. § 1692g(b), which requires cessation of collection activities upon the dispute of a debt. I trust that you will take immediate action to comply with this notice. Failure to do so will result in further legal action, including, but not limited to, filing complaints with the Consumer Financial Protection Bureau (CFPB) and initiating a civil lawsuit to enforce my rights under federal and state laws.

Sincerely,

Lisa Hines
15606 SIMONDS ST
GRANADA HILLS CA 91344-4344

2



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Don O'Brien GST
PO Box 756
Palos Verdes Estates CA
90274

9590 9402 9355 5002 2317 02

2. Article Number
9589 0710 5270 2329 9298 47

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Wendy O'Brien
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Wendy O'Brien

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Palos Verdes Peninsula, CA 90274

Certified Mail Fee    $4.85    0420
$                              08

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)    $ $0.00    Postmark
☐ Certified Mail Restricted Delivery  $ $0.00    Here
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery $

Postage    $2.59
$

Total Postage and Fees    04/25/2025
$11.54

Sent To Don O'Brien
Street and Apt. No., or PO Box No.
City, State, ZIP+4

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 2329 9298 47



*Recession*

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rushmore Loan Srus.
PO Box 619097
Dallas Texas 75261

9590 9402 8717 3310 0435 42

2. Article Number (Transfer from service label)

9589 0710 5270 1523 9467 80

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X          ☐ Agent
           ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 9/10/24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Delivered 9/10/24

For delivery information, visit our website at www.usps.com®.

Dallas, TX 75261

Certified Mail Fee   $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery  $

Postage   $0.73

Total Postage and Fees

Postmark
Here

09/06/2024

Sent To  Rushmore Loan Srus.
Street and  PO Box 619097
City, State  Dallas Texas 75261

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



SENDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

Supinortan Serving
7525 Topanga Cyn Blvd
Conaga Park 91303

9590 9402 8717 3310 0435 73

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



SANTA CLARITA CA 913

**SENDER:** *COMPLETE THIS SECTION*

*COMPLETE THIS SECTION ON DELIVERY*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) *Wendy O'Brien*    C. Date of Delivery 5/8/25

1. Article Addressed to:

Don O'Brien GST
PO BOX 756
Palos Verdes Estates Ca
90274

D. Is delivery address different from item 1? ☐ Yes
IF YES, enter delivery address below: ☐ No

PALOS VERDES ESTATES

9590 9402 9355 5002 2317 19

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*
9589 0710 5270 2371 5463 06

PS Form **3811**, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

# EXHIBIT 2

## Quit Claim Deed Dated 2/27/2025

$10.00 Deed to
Champery Real Estate
2015 after Filing
unlawful detainer case



**This page is part of your document - DO NOT DISCARD**



## 20250130264



**Pages: 0003**

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**02/28/25 AT 03:31PM**

| | |
|---|---|
| FEES: | 30.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 30.00 |



**L E A D S H E E T**



202502280290056

00025267337

015164719

**SEQ:
01**

**SECURE - Daily**



**THIS FORM IS NOT TO BE DUPLICATED**

E465200



58760-QCD

RECORDING REQUESTED BY:
**Next Door Neighbor Homes, LLC**

**AND WHEN RECORDED MAIL TO:**
**AND MAIL TAX STATEMENT TO:**
**Champery Real Estate 2015, LLC**
**2015 Manhattan Beach Blvd., Ste 100**
**Redondo Beach, CA 90278**

Parcel No: 2780-012-017
Property Address:
20629 Londelius Street,
Winnetka, California 91306

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# QUITCLAIM DEED

"The Grantors and Grantees in this conveyance are comprised of the same parties who continue to hold the same proportionate interest in the property. R&T 11925 (d)"

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS
COUNTY **$00.00** and CITY **$00.00**

xx   Computed on the consideration or value of property conveyed; **OR $10.00 and other good and valuable consideration.**
_____   Computed on the consideration or value less liens or encumbrances remaining at the time of sale.

_____   unincorporated area:   xx  Winnetka   and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged **Next Door Neighbor Homes, LLC,** hereby REMISE, RELEASE AND QUITCLAIM to **Champery Real Estate 2015, LLC** the real property in the City of Winnetka, County of Los Angeles, State of California, described as:

**LEGAL DESCRIPTION.**

LOT(S) 73 OF TRACT NO. 20608, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 598 PAGE(S) 57 AND 58 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Dated   **2/27/2025**

Next Door Neighbor Homes, LLC,
a Delaware limited liability company

By: Wedgewood, LLC
a Delaware limited liability company
Its: Manager

By: _____
Dada S. Puhl, Executive Vice President/
President of Wedgewood Homes

## ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

State of California          )
County of Los Angeles        )

On ___February 27, 2025___ before me, ___C. Hernandez___ a Notary Public,
personally appeared ___Darin S. Puhl___,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature___C. N___ (Seal)

My Commission Expires: April 15, 2027

C. HERNANDEZ
Notary Public - California
Los Angeles County
Commission # 2444365
My Comm. Expires Apr 15, 2027

This **is a true and** certified copy of the record
if it **bears the seal,** imprinted in purple ink,
of the Registrar-Recorder/County Clerk

AUG 0 1 2025

Dean C. Logan
REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA