BEACH CITIES LAW GROUP, INC.
FRANK SANDELMANN (SBN 186415)
fsandelmann@bclgi.com
JOSHUA A. VALENE (SBN 292109)
jvalene@bclgi.com
BRENNAN J. MITCH (SBN 279109)
bmitch@bclgi.com
324 Manhattan Beach Blvd., Suite 201
Manhattan Beach, CA 90266
Telephone: (310) 905-3240
Facsimile: (310) 318-1223

Attorneys for Champery Real Estate 2015, LLC

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

In re:

LISA HINES,
aka Lisa R. Hines,
aka Lisa Dunn,

Debtor.

Case No.: 1:25-bk-10950-MB
Chapter 7

**DECLARATION OF BRENNAN MITCH RE COMPLIANCE WITH SCHEDULING ORDER RE MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO DISCHARGE OF DEBTOR**

*Honorable Martin R Barash*

I, Brennan J. Mitch, declare as follows:

1. I am an attorney duly admitted to practice before this Court and all courts of the State of California. I am an associate at Beach Cities Law Group, Inc., attorneys for Champery Real Estate 2015, LLC ("Champery") in the above-

---

1
DECLARATION OF BRENNAN MITCH

1    captioned bankruptcy case. I have personal knowledge of the facts set forth in

2    this declaration, and if called as a witness, I could and would competently

3    testify thereto.

4    2. I make this declaration to confirm Champery's compliance with the Court's

5    Scheduling Order Re Motion for Extension of Time to File Objection to

6    Discharge of Debtor Filed by Champery Real Estate 2015, L.L.C. [Dkt. 135]

7    (the "Scheduling Order"), entered on September 19, 2025.

8    3. Pursuant to paragraph 1 of the Scheduling Order, on September 30, 2025,

9    Champery filed an Amended Motion for Extension of Time to File Objection

10   to Discharge of the Debtor Pursuant to Fed. R. Bankr. P. 4004 (the "Amended

11   Motion") [Dkt. 154], which corrected the procedural defects identified in the

12   Scheduling Order, including:

13   a. The Amended Motion was signed by me, Brennan J. Mitch, the same

14   attorney who electronically filed the Amended Motion, as required by Local

15   Bankruptcy Rule 9011-1(b)(1) and The Central Guide § 1-09;

16   b. The Amended Motion included a proof of service on the mandatory form F

17   9013-3.1.PROOF.SERVICE, as required by Local Bankruptcy Rule 9013-3(b); and

18   c. The Amended Motion was accompanied by a separately filed Supplemental

19   Notice Re: Availability of ZoomGov Audio and Video for Remote Appearance (the

20   "Supplemental Notice"), with the ZoomGov connection information for October 21,

21   2025, as required by Judge Barash's self-calendaring procedures.

BEACH CITIES LAW GROUP, INC.
324 MANHATTAN BEACH BLVD., SUITE # 201
MANHATTAN BEACH, CALIFORNIA 90266
(310) 318-1220

4. Pursuant to paragraph 2 of the Scheduling Order, Champery served the Amended Motion, the Supplemental Notice, and the Scheduling Order on the Debtor (Lisa Hines), the chapter 7 trustee (David K. Gottlieb), the Office of the United States Trustee, and all creditors, via United States Mail, first class, postage prepaid, and/or electronic service where applicable (via the Court's CM/ECF system for parties entitled to NEF service). A true and correct copy of the Proof of Service is attached hereto as Exhibit "A."

5. The foregoing service was completed no later than September 30, 2025, as required by the Scheduling Order.

6. No opposition to the Amended Motion has been filed as of the date of this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 14, 2025, at Los Angeles County, California.

/s/ Brennan J. Mitch

Brennan J. Mitch

BEACH CITIES LAW GROUP, INC.
324 MANHATTAN BEACH BLVD., SUITE # 201
MANHATTAN BEACH, CALIFORNIA 90266
(310) 318-1220

# EXHIBIT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**324 Manhattan Beach Blvd, Ste 201, Manhattan Beach CA 90266**

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO DISCHARGE OF THE DEBTOR PURSUANT TO FED. R. BANKR. P. 4004; DECLARATION OF BRENNAN MITCH IN SUPPORT; PROPOSED ORDER; SUPPLEMENTAL NOTICE RE REMOTE APPEARANCE; NOTICE OF SCHEDULING ORDER RE MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO DISCHARGE ) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d) and (b) in the manner stated below:

**1.** ~~TO BE SERVED~~ **BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 29 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David Keith Gottlieb (TR): dkgtrustee@dkgallc.com; dgottlieb@iq7technology.com; rjohnson@dkgallc.com akuras@dkgallc.com; ecf.alert+Gottlieb@titlexi.com

Sam Chandra:          fax@samchandra.com

Jeffrey J. Hagen:      jeff@hagenhagenlaw.com

United States Trustes (SV):   Ustpregion16.wh.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **9/29/2025  I served** the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 29, 2025 | Susan Post | *Susan Post* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                        **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing      DK Consolidated Investments, LLC      San Fernando Valley Division
0973-1                                6303 Owensmouth Avenue                21041 Burbank Blvd,
Case 1:25-bk-10950-MB                 10th Floor                            Woodland Hills, CA 91367-6606
Central District of California        Woodland Hills, CA 91367-2262
San Fernando Valley
Fri Sep 26 16:14:03 PDT 2025

(p)AVEN FINANCIAL INC                 Champery Real Estate 2015 LLC        Coastal Community Bank
548 MARKET ST PMB 99555               2015 Manhattan Beach Blvd            20629 Londelius Street
SAN FRANCISCO CA 94104-5401           Redondo Beach  CA 90278-1226         Winnetka CA 91306-1022


Coastal Community Bank                Countrywide Home Loans and or        Eckert Seamans, Attorney At Law
5415 Evergreen Way                    Successor Bank of America NA         PO Box 5404
Everett  WA 98203-3646                Corporate Center                     Princeton New Jersey 08543-5404
                                      100 North Tryon Street
                                      Charlotte NC 28255-0001

Hagen & Hagen                         LADWP                                LADWP
4559 San Blas Ave                     20629 Londelius Street               PO Box 30808
Woodland Hills CA 91364-5430          Winnetka , CA 91306-1022             Los Angeles, CA 90030-0808


Legacy Mortgage Asset Trust 2019      NationStar LLC                       NationStar LLC
2763 Camino Del Rio S                 dba Mr. Cooper                       dba Mr. Cooper
San Diego  CA 92108-3708              15606 Simonds Street                 20629 Londelius Street
                                      Granada Hills CA 91344-4344          Winnetka CA 91306-1022


Nationstar Mortgage                   Next Door Neighbor Homes, LLC        Nextdoor Neighbor Homes LLC
8950 Cypress Waters                   20629 Londelius Street               2015 Manhattan Beach Blvd #100
Coppell  TX 75019-4620                Winnetka CA 91306-1022               Redondo Beach  CA 90278-1230


(p)QUALITY LOAN SERVICE               Quality Loan Servicing Corporation   Quality Loan Servicing Corporation
2763 CAMINO DEL RIO SOUTH             15606 Simonds Street                 20629 Londelius Street
SUITE 200                             Granada Hills CA 91344-4344          Winnetka CA 91306-1022
SAN DIEGO CA 92108-3708


Rushmore Servicing                    Superior Ln Srvs for Don O Brier     (p)T MOBILE
PO Box 619098                         PO Box 756                           C O AMERICAN INFOSOURCE LP
Dallas , TX 75261-9098                Palos Verdes Est, CA 90274-0756      4515 N SANTA FE AVE
                                                                           OKLAHOMA CITY OK 73118-7901

United States Trustee (SV)            Wedgewood                            ZBS Law
915 Wilshire Blvd, Suite 1850         2015 Manhattan Beach Blvd            30 Corporate Park 450
Los Angeles, CA 90017-3560            Redondo Beach  CA 90278-1230         Irvine  CA 92606-3401


(p)DAVID KEITH GOTTLIEB  TR           Lisa Hines
ATTN D GOTTLIEB & ASSOCIATES LLC      PO Box 7614
21650 OXNARD STREET SUITE 500         Van Nuys, CA 91409-7614
WOODLAND HILLS CA 91367-4911
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Aven Financial<br>330 Primrose Road<br>Suite 412<br>Burlingame, CA 94010-9992 | Quality Loan Service Corporation<br>2763 Camino Del Rio S<br>San Diego   CA 92108 | T Mobile<br>PO Box 742596<br>Cincinnati   OH 45274 |

David Keith Gottlieb (TR)
21650 W. Oxnard St. #500
Woodland Hills, CA 91367

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Champery Real Estate 2015, LLC | (u)Courtesy NEF | End of Label Matrix<br>Mailable recipients   28<br>Bypassed recipients    2<br>Total                 30 |

Also served by U.S. Mail on judge in chambers:

The Honorable Martin R.
Barash U.S. Bankruptcy Court
Ctrm 303
21041 Burbank blvd.
Woodland Hills, CA 91367